USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:22-cr-120**

HOUSTON DIVISION

USAO Number: 2022R00617
Magistrate Number: 4:22-MJ-00172

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed: *February 23, 2022*  Judge:

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
Jennifer B. Lowery, USA          (713) 567-9000
Karen M. Lansden, AUSA           (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Scott Thomas Provost | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**Charge Total Counts ( 2 )**
Count 1: Receipt of Child Pornography [18 U.S.C. § 2252A(a)(2)(B)]
Count 2: Possession of Child Pornography [18 U.S.C. § 2252A(a)(5)(B)]

**Penalties**
Count 1: No less than 5 years and not more than 20 years in prison; up to $250,000 fine; SR not less than 5 years up to life; $100 SA; $5,000 special assessment (JVTA); up to $35,000 special assessment (AVACPVAA) & mandatory restitution of at least $3,000 per victim.
Count 2: Up to 10 years in prison; up to $250,000 fine; SR not less than 5 years up to life; $100 SA; $5,000 special assessment (JVTA); up to $17,000 special assessment (AVAA) & mandatory restitution of at least $3,000 per victim

☑ In Jail    In Federal Custody - Notice
☐ On Bond
☐ No Arrest

PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |