UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO: **4:22-cr-120** |
|---|---|---|
| v. | § | |
| SCOTT THOMAS PROVOST | § | |

**ORDER FOR ISSUANCE OF NOTICE**

A <u>CRIMINAL INDICTMENT</u> has been filed against the defendant who is

☐ Released on Condition    ☐ Detained    ☑ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant on March 2. 2022 at 2 P.M. in person, in Courtroom 701.

SIGNED at Houston, Texas, on February 23, 2022.

*Christine A Boyan*
UNITED STATES MAGISTRATE JUDGE