# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                   Case Number: 4:22–cr–00120

Scott Thomas Provost

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/2/2022

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   March 1, 2022

                                                                                                        Nathan Ochsner, Clerk