# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:22–cr–00120 |
| | § | |
| Scott Thomas Provost | § | |

## Notice of Cancellation

A proceeding in this case as to Scott Thomas Provost has been canceled as set forth below.

    Canceled setting: Initial Appearance

    Date and Time: 3/2/2022 2:00

Date: March 1, 2022

                                                                                Nathan Ochsner, Clerk