UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs | § § | Criminal H 22-120 |
| Scott Thomas Provost | § § § | Judge David Hittner |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by                          March 22, 2022

2. RESPONSES will be filed by                        April 1, 2022

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by                      April 18, 2022

4. PRETRIAL CONFERENCE will be held before
   Judge David Hittner, Courtroom 8A 8th Floor       April 19, 2022
   **DEFENDANT MUST BE PRESENT**                     at 2:00 p.m.

5. JURY selection set for                            April 26, 2022
                                                     at 10:00 a.m.

6. Speedy trial limits waived? (yes/no)

7. Estimated Trial Time                              2 Days

Direct questions about this schedule to ELLEN ALEXANDER, Case Manager to United States District Judge David Hittner, Ellen_Alexander@txs.uscourts.gov, 713-250-5511.

SIGNED ON    March 02, 2022    at Houston, Texas.

*Christine A Bryan*
United States Magistrate Judge