IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-22-120 (01) |
| | § | |
| Scott Thomas Provost, | § | |

## **ORDER**

The Court hereby orders the parties to exchange all trial exhibits on or

before April 15, 2022, seven business days prior to the date of jury selection

set in the Docket Control Order. Failure to timely exchange all trial exhibits may

result in dismissal of this case or other sanctions in accordance with all applicable

rules.

SIGNED at Houston, Texas, on this 4th day of March, 2022.

DAVID HITTNER
United States District Judge