Case 4:22-cr-00120   Document 18-1   Filed on 03/30/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                          Cr. No. H-22-120

SCOTT THOMAS PROVOST

## ORDER

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Scott Thomas Provost, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Contnuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, March 31, 2022, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by September 1, 2022.

Responses shall be filed by September 16, 2022.

A pretrial conference is set for September 23, 2022 at 2:00 p.m.

Trial in this case is set for September 27, 2022 at 10:00 a.m.

SIGNED at Houston, Texas, on this 31st day of March, 2022.

DAVID HITTNER
United States District Judge