United States District Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

v.  Cr. No. H-22-120

**SCOTT THOMAS PROVOST**

## ORDER

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Scott Thomas Provost, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, September 13, 2022, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by December 1, 2022.

Responses shall be filed by December 30, 2022.

A pretrial conference is set for January 6, 2023 at 2:00 p.m.

Trial in this case is set for January 9, 2023 at 10:00 a.m.

SIGNED at Houston, Texas, on this 13th day of September, 2022.

David Hittner
DAVID HITTNER
United States District Judge