UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § § § | C.R. ACTION NO. 4:22-120 (01) |
| Scott Thomas Provost, | | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance (Document # 22). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Defendant's Unopposed Motion for Continuance (Document # 22) is DENIED.

SIGNED on the \_\_\_\_22\_\_\_\_ day of December, 2022.

_____
DAVID HITTNER
United States District Judge