# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                              Case Number: 4:22−cr−00120

Scott Thomas Provost

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**
Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/6/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   December 30, 2022

                                        Nathan Ochsner, Clerk