JUDGE __DAVID HITTNER__
CASE MANAGER __JOSEPH WELLS__  RPTR/~~DAE~~ __FORREST__
INTERPRETER __N/A__

TIME ___ A.M. begin ___ end __2:11__ begin __2:30__ end P.M.  DATE __01/06/2023__

CR. NO. __4:22-CR-120__  DEFT. NO. __1__

UNITED STATES OF AMERICA  § __KAREN LANSDEN__ AUSA
VS. §§§§
__SCOTT THOMAS PROVOST__  § __ROSA GRCREASE-GARCIA (FPD)__ ☐ CJA

## ARRAIGNMENT / REARRAIGNMENT

☒ karr./krearr.  ☐ Arraignment  ☒ Rearraignment  held on cts __1, 2__
☒ kpl.  Deft enters a plea of ☒ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☐ kwvindi.  Indictment waived.
☐ kplag.  PLEA AGREEMENT: _____

☒ ...  Order for PSI setting Disclosure and Sentencing dates signed.
☐ kwvpsi.  PSI waived.
☒ ksen.  Sentencing set __APRIL 4, 2023__ at __1:30 PM__
☐ kjytrl.  Jury trial set ___ at ___.
☐ ko.(bnd.)  Deft bond ☐ set ☐ reduced to $___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ...  Deft failed to appear, bench warrant to issue.
☐ ...  Deft bond ☐ continued ☐ forfeited.
☒ ...  Deft remanded to custody.
☒ ...  Terminate other settings for this deft.  ☒ Terminate motions for this deft.
OTHER PROCEEDINGS: _____

Copy to:  USPO