UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA　§
　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　　CRIMINAL H-22-120
　　　　　　　　　　　　　　§
Scott Thomas Provost,　　　　§

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1, 2__ a presentence report is ordered.

1. By <u>February 27, 2023</u> the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>March 13, 2023</u>, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>March 27, 2023</u>, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for <u>April 4, 2023</u> at <u>1:30 p.m.</u> (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed <u>January 6, 2023</u>

_____
United States District Judge

Copies:　United States Probation
AUSA: <u>Karen Lansden</u>
Defense Counsel: <u>Rosa Gilcrease-Garcia</u>
Defendant is **in Custody.**