United States District Court
Southern District of Texas
**ENTERED**
March 16, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:22–cr–00120 |
| | § | |
| Scott Thomas Provost | § | |

**ORDER RESETTING SENTENCING**

The sentencing of **Scott Thomas Provost** is reset:

1. The presentence investigation report is to be disclosed by May 31, 2023.

2. Counsel will file objections or a statement of no objections by June 14, 2023.

3. The final presentence investigation report and addendum will be filed by June 28, 2023.

4. The sentencing hearing is reset to **July 7, 2023 at 01:45 PM**.

Signed on March 16, 2023, at Houston, TX
.

_____
David Hittner
United States District Judge