To the Judge of the Day:

It has come to my attention that the Federal Detention Houston Texas is in contempt of Court.

Exemplary of the numerous contemptious actions are the failure to provide medication and specifically, psychiatric medication to a person whom the Court ordered to get said medication.

The refusal to feed appropriately those in need of a special diet. Forcing people with no teeth to eat foods that cause severe gum damage and more ...

It is my determination that the proximate cause of the failures and incompetencies is lack of funding.

I do hearby petition the Court for an order forcing Congress to appropriately fund all institutions in the FBOP, including FDC Houston, or be found in Contempt of Court.

You have both the jurisdiction and authority to do so, based on the Checks and Balances role provided in the Constitution.

Respectfully submitted,

*[signature]*

Scott Thomas Provost #02923506

United States Courts
Southern District of Texas
FILED

JUN 0 1 2023

Nathan Ochsner, Clerk of Court

Scott Thomas Provost
FDC Houston
1200 Texas Ave.
Houston, TX 77002

NORTH HOUSTON TX 773
30 MAY 2023 PM 7 L

Judge of the Day
Federal Court House
515 Rusk St
Houston TX 77022

77002-260099

United States Courts
Southern District of Texas
FILED

JUN 01 2023

Nathan Ochsner, Clerk of Court