**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells      **Court Reporter:** Forrest
**USPO:** Cynthia Reyes             **Interpreter:**
**AM Begin:**       **End:**        **PM Begin:** 2:00   **End:** 2:25       **Date:** 07/07/2023

CR. No. 4:22-cr-120      Deft No. 1

| United States of America | § | **AUSA:** Karen Lansden |
|---|---|---|
| | § | |
| Vs. | § | |
| | § | |
| Scott Thomas Provost | § | **Defense Counsel:** Victoria Gilcrease-Garcia |

**SENTENCING**

☒ Sentencing held                    ☐ With contested issues
  ☒ Guilty Plea  ☐ Guilty Verdict    Date: 1/6/2023   Counts: 1, 2
☒ Indictment   ☐ Information         ☐ Indictment Waived
☒ Sentence:

> Committed to the custody of the BOP for a term of 240 months as to Count 1 and 120 months as to Count 2 with 98 months to run concurrent to Count 1 and 22 months to run consecutive to Count 1 for a total term of 262 months. Supervised release for 10 years as to each count to run concurrent. Ruling on restitution deferred. Fine waived. JVTA and AVAA waived.

☒ Special assessment on counts: 1, 2
  ☐ Remitted
☐ Counts dismissed on government's motion:
☐ Bond
  ☐ Continued   ☐ Forfeited   ☐ Set:
☐ Defendant ordered to surrender
  ☐ When designated   ☐ To US Marshal on:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant
Other:

> Written objections granted or overruled as stated on the record. Any other objections overruled. PSR & Addendums adopted. Defendant notified of right to file a notice of appeal.