United States District Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO: 4:22-CR-120 |
| | § | |
| SCOTT THOMAS PROVOST, | § | |
| Defendant. | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on January 6, 2023 (Document 28) and became final as to the defendant Scott Thomas Provost on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _____July 7_____, 2023.

_____
David Hittner
United States District Judge