IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. H-22-120

SCOTT PROVOST

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Scott Provost, through his attorney, the Federal Public Defender, hereby appeals from the sentence imposed on July 7, 2023, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Victoria Gilcrease-Garcia
VICTORIA GILCREASE-GARCIA
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar ID No. 24109925
Southern District of Texas No. 3439980
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas  77002-1056
         Telephone:  713.718.4600
         Fax:            713.718.4610

## **CERTIFICATE OF SERVICE**

I certify that on July 20, 2023, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

                                                s/ Victoria Gilcrease-García
                                                VICTORIA GILCREASE-GARCÍA