1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

— — —

THE HONORABLE DAVID HITTNER, JUDGE PRESIDING

_____
UNITED STATES OF AMERICA,          No. 22-cr-120

            Plaintiff,

vs.

SCOTT THOMAS PROVOST,

            Defendant.

_____

**RE-ARRAIGNMENT HEARING**

**OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**Houston, Texas**

**January 6, 2023**

_____

APPEARANCES:

For the Plaintiff:   Karen Lansden, Esq.


For the Defendant:   R. Victoria Gilcrease-Garcia, Esq.

Reported by:         Nichole Forrest, RDR, CRR, CRC
                     Official Court Reporter
                     U.S. District Court
                     Southern District of Texas


Proceedings recorded by mechanical stenography.
Transcript produced by Reporter on computer.

```
1                      PROCEEDINGS

2    _____

3         (The following proceedings held in open court.)

4

5                         *    *    *

6

7                    THE COURT:  The Court calls the case,

8    Criminal Matter 22-120, United States versus Scott

9    Thomas Provost.

10                   Who represents the government?

11                   MS. LANSDEN:  Karen Lansden on behalf of

12   the United States.

13                   THE COURT:  For the defense?

14                   MS. GILCREASE-GARCIA:  Victoria

15   Gilcrease-Garcia on behalf of Mr. Provost.

16                   THE COURT:  Mr. Provost, I understand you

17   want to plead guilty in this matter; correct?

18                   THE DEFENDANT:  Yes, I do, sir.

19                   THE COURT:  Raise your right hand and be

20   sworn.

21                      (Defendant sworn.)

22                   THE COURT:  Do you understand you're now

23   under oath, and if you answer any of my questions

24   falsely, those answers may later be used against you

25   in another prosecution for perjury; that is, for
```

1  making a false statement?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Please state your full name.

4              THE DEFENDANT:  Scott Thomas Provost.

5              THE COURT:  Age?

6              THE DEFENDANT:  62.

7              THE COURT:  62?

8              THE DEFENDANT:  I was born in '58.

9              THE COURT:  Pardon me?

10             THE DEFENDANT:  I was born in 1958.

11             THE COURT:  That's about right.

12             Education.  How far did you get in school?

13             THE DEFENDANT:  I did a couple years of

14  college.

15             THE COURT:  Where about?  Where?

16             THE DEFENDANT:  19 --

17             THE COURT:  No.  Where?  What school?

18             THE DEFENDANT:  Evangelical College of

19  Assembly of God, Southeastern College.

20             THE COURT:  Have you ever been treated for

21  any mental illness or addiction to narcotic drugs?

22             THE DEFENDANT:  I've been treated for

23  mental illness but not narcotic drugs.

24             THE COURT:  What sort of mental illness,

25  please?

```
1                    THE DEFENDANT:  Atypical special

2   assessment.  Somatic depression.

3                    THE COURT:  Are you taking any drug,

4   medication or alcoholic beverage at any time?

5                    THE DEFENDANT:  No.

6                    THE COURT:  When was the last time you

7   took any medication for your mental concerns?

8                    THE DEFENDANT:  In the early '90s.

9                    THE COURT:  Okay.  Have you had sufficient

10  time to consult with your attorney?

11                   THE DEFENDANT:  Yes, I have.

12                   THE COURT:  Are you satisfied with your

13  attorney?

14                   THE DEFENDANT:  Very much so.

15                   THE COURT:  Counsel, have you had

16  sufficient time to investigate the law and the facts

17  of your client's case before the Court?

18                   THE DEFENDANT:  Yes, sir.

19                   THE COURT:  Does he understand the nature

20  of the charges pending against him?

21                   THE DEFENDANT:  He does.

22                   THE COURT:  Has he been able to cooperate

23  with you in every respect?

24                   THE DEFENDANT:  Yes.

25                   THE COURT:  In your opinion, is he now
```

5

1    mentally competent?

2             THE DEFENDANT:  Yes.

3             THE COURT:  Have you and your attorney

4    received a copy of the Indictment pending against you;

5    that is, the written charges in this case?

6             THE DEFENDANT:  Yes, I have.

7             THE COURT:  All right.  Today you're

8    pleading to Count 1 and Count 2 of the Indictment.

9             Count 1 is Receipt of Child Pornography.

10   The basic elements are that the defendant knowingly

11   received material that contained child pornography;

12   that the material that contained child pornography was

13   transported in or affecting interstate or foreign

14   commerce by any means, including by computer; and that

15   when the defendant received the material, he knew it

16   contained child pornography.

17            Count 2, you're pleading today -- that the

18   receipt of child pornography is a violation of 8

19   United States Code Section 2252A(a)(2)(b).

20            You are also pleading to Count 2,

21   Possession of Child Pornography, a violation of 18

22   United States Code Section 2252A(a)(5)(b).  Those

23   elements are that the defendant knowingly possessed

24   material containing child pornography; that such

25   materials contained -- that contained child

1    pornography had been shipped or transported using any

2    means or facility of interstate or foreign commerce or

3    that it was produced using materials that had been

4    shipped or transported in or affecting interstate or

5    foreign commerce by any means including computer; and

6    that when the defendant possessed the material the

7    defendant believed that the material constituted or

8    contained child pornography.

9            Now you pled to two counts.  Count 1

10   the -- what is it -- the level -- level of

11   imprisonment.  The reason why I'm doing it, usually

12   it's one after the other.  I jumped to the second

13   page.  That's why it's a little bit out of the usual

14   but it's no problem.

15           As to Count 1, that's the receipt of child

16   pornography, the sentence is no less than five years

17   and not more than 20 years in prison; up to a $250,000

18   fine, supervised release up to five years to life,

19   $100 special assessment, $5,000 assessment under the

20   Justice For Victims Trafficking Act of 2015, up to

21   $35,000 special assessment as to the individuals Amy,

22   Vicky, and Andy Child Pornography Victims Assistance

23   Act and mandatory restitution of at least $3,000 per

24   victim.

25           On Count 2, possession, it's up to ten

1    years in prison and up to $250,000 fine; supervised

2    release of not less than five years and up to life;

3    $100 special assessment, $5,000; special assessment

4    under the Justice of Victims Trafficking Act of 2015;

5    and up to $17,000 special assessment under that same,

6    AVAA, and mandatory restitution was at least $3,000

7    per victim.

8              I think I need to add that what is it --

9    I'm looking down here.  I think I've covered it all.

10   $100 special assessment as to each of these counts.

11   Usually it's combined, but usually it's down below.

12   Okay?  I'm just saying that's why I'm jumping around a

13   little bit.

14             I see in the back here it says:  Sex

15   offender registration.  That is what I was looking

16   for.  Usually, it's further up somewhere.  But it

17   states that as part of -- which one, both counts or

18   one count?

19             MS. LANSDEN:  Both counts.

20             THE COURT:  That you will be required to

21   register with the local, state, or federal agency as

22   applicable as a sex offender wherever you may reside.

23             All right.  You understand this to be the

24   nature of the charges and the possible penalties

25   pending against you?

1          THE DEFENDANT:  Yes, I do.

2          THE COURT:  Do you understand you have a

3    right to plead not guilty to any offense charged

4    against you and to persist in that plea?

5          THE DEFENDANT:  I understand that.

6          THE COURT:  If you had continued to plead

7    not guilty, you would have had the right to a trial by

8    jury or before the Court during which you would have

9    the right to the assistance of counsel for your

10   defense, the right to see and hear all the witnesses,

11   and have them cross-examined in your defense, the

12   right on your own part to decline to testify unless

13   you voluntarily elected to do so in your own defense;

14   the right to the issuance of subpoenas or compulsory

15   process to compel the attendance of witnesses to

16   testify in your defense at a trial.  The government

17   would have to prove each element of the offense of

18   which you were charged beyond a reasonable doubt.

19         You also understand that by entering a

20   plea of guilty today and if that plea is accepted, you

21   will have waived or given up your right to a trial as

22   well as those other rights associated with a trial as

23   I just described.

24         Do you also understand if I accept your

25   plea of guilty today you will be waiving all

1    non-jurisdictional defects, if any, in this

2    prosecution, such as, for example, any illegal search

3    and seizure; the violation, if any, to your right to a

4    speedy trial and an inadmissible statement if you've

5    made one.  In other words, if I accept your plea of

6    guilty, you'll not be able to raise the defenses at a

7    later time.

8              Do you understand that?

9              THE DEFENDANT:  Yes, sir.

10             THE COURT:  Are you a citizen of the

11   United States?

12             THE DEFENDANT:  Yes, sir.

13             THE COURT:  As such, do you understand

14   that the offense to which you're pleading guilty is a

15   felony offense, and if your plea is accepted, you'll

16   be adjudged guilty of that offense and such

17   adjudication will deprive you of such rights as the

18   right to vote, right to hold public office, the right

19   to serve on a jury, the right to possess any kind of a

20   firearm and also that the Court has the authority to

21   order restitution if it's an capable.

22             Do you understand all of that?

23             THE DEFENDANT:  Yes, sir.

24             THE COURT:  Has any plea agreement been

25   entered into between the parties?

1          MS. LANSDEN:  No, Your Honor.

2          THE COURT:  The sentencing guidelines have

3   been set for the judges to consider in determining the

4   sentence in a criminal case.

5          Have you and your attorney discussed how

6   the guidelines might apply to your case?

7          THE DEFENDANT:  Yes, we have.

8          THE COURT:  Do you understand I'm not able

9   to determine the guideline sentence for your case

10  until after a presentence report has been completed,

11  and you and the government have had the opportunity to

12  challenge the facts reported by the probation officer

13  and you also understand after it's been determined

14  what the guideline is in this case, the Judge has

15  authority that is more severe or less severe than a

16  sentence called for by the guidelines.

17         And also do you understand that under some

18  circumstances you or the government may have the right

19  to appeal any sentence that a Court imposes?

20         Also do you understand finally that in the

21  federal system parole has been abolished.  And if

22  you're sentenced to prison, you will not be released

23  on parole.

24         THE DEFENDANT:  I understand that.  Yes,

25  sir.

1        THE COURT:  Has anyone made any promises

2   to you of any kind, such as possible leniency or an

3   offer of probation in order to get you to plead guilty

4   in this case?

5        THE DEFENDANT:  No.

6        THE COURT:  Has anyone attempted in any

7   way to threaten, force, or coerce you into pleading

8   guilty?

9        THE DEFENDANT:  No.

10        THE COURT:  You need to understand that if

11   I accept your plea of guilty today, you will not be

12   able to withdraw your plea at a later date?

13        Also, do you understand that the

14   government's recommendation if any for -- or request

15   for a particular sentence on your side is not binding

16   on the Court, and I'm free to assess any punishment

17   within the limits prescribed by law as I described to

18   you earlier?

19        THE DEFENDANT:  Yes.

20        THE COURT:  Are you now ready to enter a

21   plea?

22        THE DEFENDANT:  Yes.

23        THE COURT:  Counsel, do you know of any

24   reason why your client should not plead guilty?

25        MS. GILCREASE-GARCIA:  No, your honor.

1              THE COURT:  Do you know of any meritorious

2    defense he would have to one count to which he's

3    pleading?

4              MS. GILCREASE-GARCIA:  Two counts, no.

5              THE COURT:  Two counts.  Thank you.

6              Before I can accept your plea, I need to

7    determine if there is a factual basis for it.

8              If you would listen to the assistant U.S.

9    attorney while she gives me a brief summary of what

10   the evidence would have been if the case had gone to

11   trial.

12              Hang on one second.

13                  (Pause in proceedings.)

14              THE COURT:  Counsel, go ahead.

15              MS. LANSDEN:  If this case were to proceed

16   to trial, the United States would be able to prove

17   each element of the offenses of receipt and possession

18   of child pornography beyond a reasonable doubt.

19              The following facts --

20              THE COURT:  You need to slow down.  People

21   have a tendency to speed up, including me sometimes.

22   I catch myself.  When you read you tend to speed up.

23              MS. LANSDEN:  The following facts, among

24   others, would be offered to establish the defendant's

25   guilt:

1          Law enforcement agents opened an

2    investigation to identify unknown victims and target

3    subjects that were involved in possession,

4    distribution, advertising, of child sexual assault

5    abuse material via the Internet-based peer-to-peer

6    program called Freenet within the Houston area.

7          Through the investigation, law enforcement

8    determined that the IP address registered to the

9    defendant Scott Provost, in Bryan, Texas, requested

10   videos containing child sexual abuse material while

11   operating on Freenet in July of 2021.

12          On January 26 of 2022, the FBI executed a

13   federal search warrant at the defendant's residence in

14   Bryan, Texas, which is located within the Southern

15   District of Texas.

16          At that time, the agents encountered the

17   defendant who was residing at and was the sole

18   occupant of the residence.

19          THE COURT:  Slow down, please.

20          MS. LANSDEN:  During the search,

21   approximately four terabytes of pornography consisting

22   of many images of child pornography were found.

23          Agents discovered several thousand images

24   and videos of young children engaged in sexually

25   explicit conduct as defined under federal law 18

1   United States Code Section 2256A(2).

2        While agents were executing the search,

3   the defendant Provost consented to be interviewed by

4   agents of the FBI.  Defendant Provost confirmed to

5   being the owner of the trailer.  And defendant also

6   admitted to downloading four terabytes of pornography

7   utilizing file share network Freenet.

8        During the interview, the defendant stated

9   that he downloaded the Freenet software approximately

10  one year ago, and he told agents they could find the

11  child pornography on his multiple devices, which were

12  found in his bedroom.  He described to agents the

13  computer's location, and the child pornography would

14  be located own two towers, specifically the bottom

15  tower that was connected to the screen in his bedroom.

16        He instructed agents that they could

17  locate the computer's directory and search for a

18  Seagate drive and that four terabytes would locate the

19  digital pornography.

20        Defendant's devices, which the pornography

21  was found on, were manufactured outside the state of

22  Texas.  Consequently, the computer media at issue,

23  which was used to receive and possess the child

24  pornography, traveled in foreign and interstate

25  commerce.

1           Furthermore, the defendant utilized the

2    internet, which was a means and facility of interstate

3    commerce, to receive and possess the child

4    pornography, which was found on the above referenced

5    devices.

6           THE COURT:  All right.  Are these facts

7    recited by the assistant U.S. attorney true?

8           THE DEFENDANT:  Yes.

9           THE COURT:  Did you intend to commit the

10   acts as she just described; that is, did you know what

11   you were doing at the time?

12           THE DEFENDANT:  Yes, sir.

13           THE COURT:  You may now arraign the

14   defendant as to the counts in the plea agreement,

15   unless you want to waive reading?

16           MS. GILCREASE-GARCIA:  We waive reading.

17           THE COURT:  As to the two counts to which

18   you plead, how do you plead; guilty or not guilty?

19           THE DEFENDANT:  Guilty.

20           THE COURT:  These are the Court's

21   findings:  I find that the defendant mentally

22   competent at the present time.  I find the factual

23   basis for the plea of guilty and the defendant

24   intended to do the act he committed.

25           I find the defendant's plea of guilty is

1  voluntarily and knowingly made, and that he

2  understands the nature of these proceedings and

3  understands the consequences of his plea of guilty.

4  Therefore, I find you guilty as charged in the two

5  counts.

6           A written presentence report will be

7  prepared by the probation office to assist me in

8  sentencing.  You'll be required to give information

9  for the report, and your attorney may be present if

10 you wish.

11          The Court will permit you and your

12 attorney to read the presentence report before the

13 sentencing hearing, and at the sentencing hearing, you

14 and your counsel will be given the opportunity to

15 speak on your behalf at that time.

16          And the probation office will contact you

17 in your place of confinement.

18          Defendant is ordered to be back here for

19 sentencing on April 4, 2023, at 11:30 p.m.

20          Anything further from the government?  Do

21 you have an order for me?

22          MS. LANSDEN:  Preliminary order for the

23 devices --

24          THE COURT:  Okay.  I'm sorry.

25          Sentencing is set for April 4 at 1:30 p.m.

1   Thank you.

2               I want to mention to counsel, and I do

3   this all the time, I have a standing order for the

4   last 30-something years.  Everything filed on my court

5   needs to be in 14-point type.

6               MS. LANSDEN:  Apologize.

7               THE COURT:  It's been on there over 35, 36

8   years.  So next time, please, it makes it a lot easier

9   for all your briefs.  I don't know what other judges

10  require.  This is tiny stuff.

11              Any objection, counsel?

12              MS. GILCREASE-GARCIA:  No, Your Honor.

13              THE COURT:  Except for mine.

14              Anything further from the government?

15              MS. LANSDEN:  No.

16              THE COURT:  Anything further from defense?

17              MS. GILCREASE-GARCIA:  No.

18              THE COURT:  We'll stand adjourned.

19  Everybody is free to leave.  I'll be up here.

20

21                   (Court adjourned.)

22

23

24

25

18

1                   C E R T I F I C A T E

2    _____

3

4

5              I hereby certify that pursuant to Title

6    28, Section 753 United States Code, the foregoing is a

7    true and correct transcript of the stenographically

8    reported proceedings in the above matter.

9

10             Certified on August 21, 2023.

11

12             /s/ Nichole Forrest_____
13             Nichole Forrest, RDR, CRR, CRC

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [3] - 6:19, 7:3, 7:10
**$17,000** [1] - 7:5
**$250,000** [2] - 6:17, 7:1
**$3,000** [2] - 6:23, 7:6
**$35,000** [1] - 6:21
**$5,000** [2] - 6:19, 7:3

## '

**'58** [1] - 3:8
**'90s** [1] - 4:8

## /

**/s** [1] - 18:12

## 1

**1** [4] - 5:8, 5:9, 6:9, 6:15
**11:30** [1] - 16:19
**14-point** [1] - 17:5
**18** [2] - 5:21, 13:25
**19** [1] - 3:16
**1958** [1] - 3:10
**1:30** [1] - 16:25

## 2

**2** [4] - 5:8, 5:17, 5:20, 6:25
**20** [1] - 6:17
**2015** [2] - 6:20, 7:4
**2021** [1] - 13:11
**2022** [1] - 13:12
**2023** [3] - 1:13, 16:19, 18:10
**21** [1] - 18:10
**22-120** [1] - 2:8
**22-cr-120** [1] - 1:4
**2252A(a)(2)(b)** [1] - 5:19
**2252A(a)(5)(b)** [1] - 5:22
**22562A** [1] - 14:1
**26** [1] - 13:12
**28** [1] - 18:6

## 3

**30-something** [1] - 17:4
**35** [1] - 17:7
**36** [1] - 17:7

## 4

**4** [2] - 16:19, 16:25

## 6

**6** [1] - 1:13
**62** [2] - 3:6, 3:7

## 7

**753** [1] - 18:6

## 8

**8** [1] - 5:18

## A

**able** [5] - 4:22, 9:6, 10:8, 11:12, 12:16
**abolished** [1] - 10:21
**abuse** [2] - 13:5, 13:10
**accept** [4] - 8:24, 9:5, 11:11, 12:6
**accepted** [2] - 8:20, 9:15
**act** [1] - 15:24
**Act** [3] - 6:20, 6:23, 7:4
**acts** [1] - 15:10
**add** [1] - 7:8
**addiction** [1] - 3:21
**address** [1] - 13:8
**adjourned** [2] - 17:18, 17:21
**adjudged** [1] - 9:16
**adjudication** [1] - 9:17
**admitted** [1] - 14:6
**advertising** [1] - 13:4
**affecting** [2] - 5:13, 6:4
**age** [1] - 3:5
**agency** [1] - 7:21
**agents** [8] - 13:1, 13:16, 13:23, 14:2, 14:4, 14:10, 14:12, 14:16
**ago** [1] - 14:10
**agreement** [2] - 9:24, 15:14
**ahead** [1] - 12:14
**alcoholic** [1] - 4:4
**AMERICA** [1] - 1:4
**Amy** [1] - 6:21
**Andy** [1] - 6:22
**answer** [1] - 2:23
**answers** [1] - 2:24
**apologize** [1] - 17:6
**appeal** [1] - 10:19
**APPEARANCES** [1] - 1:15
**applicable** [1] - 7:22
**apply** [1] - 10:6
**April** [2] - 16:19, 16:25
**area** [1] - 13:6
**arraign** [1] - 15:13
**ARRAIGNMENT** [1] - 1:10
**assault** [1] - 13:4

**Assembly** [1] - 3:19
**assess** [1] - 11:16
**assessment** [8] - 4:2, 6:19, 6:21, 7:3, 7:5, 7:10
**assist** [1] - 16:7
**Assistance** [1] - 6:22
**assistance** [1] - 8:9
**assistant** [2] - 12:8, 15:7
**associated** [1] - 8:22
**attempted** [1] - 11:6
**attendance** [1] - 8:15
**attorney** [8] - 4:10, 4:13, 5:3, 10:5, 12:9, 15:7, 16:9, 16:12
**atypical** [1] - 4:1
**August** [1] - 18:10
**authority** [2] - 9:20, 10:15
**AVAA** [1] - 7:6

## B

**based** [1] - 13:5
**basic** [1] - 5:10
**basis** [2] - 12:7, 15:23
**bedroom** [2] - 14:12, 14:15
**behalf** [3] - 2:11, 2:15, 16:15
**below** [1] - 7:11
**between** [1] - 9:25
**beverage** [1] - 4:4
**beyond** [2] - 8:18, 12:18
**binding** [1] - 11:15
**bit** [2] - 6:13, 7:13
**born** [2] - 3:8, 3:10
**bottom** [1] - 14:14
**brief** [1] - 12:9
**briefs** [1] - 17:9
**Bryan** [2] - 13:9, 13:14

## C

**capable** [1] - 9:21
**case** [10] - 2:7, 4:17, 5:5, 10:4, 10:6, 10:9, 10:14, 11:4, 12:10, 12:15
**catch** [1] - 12:22
**Certified** [1] - 18:10
**certify** [1] - 18:5
**challenge** [1] - 10:12
**charged** [3] - 8:3, 8:18, 16:4
**charges** [3] - 4:20, 5:5, 7:24
**Child** [3] - 5:9, 5:21, 6:22
**child** [16] - 5:11, 5:12, 5:16, 5:18, 5:24, 5:25, 6:8, 6:15, 12:18, 13:4, 13:10, 13:22, 14:11, 14:13, 14:23, 15:3
**children** [1] - 13:24
**circumstances** [1] - 10:18
**citizen** [1] - 9:10
**client** [1] - 11:24

**client's** [1] - 4:17
**Code** [4] - 5:19, 5:22, 14:1, 18:6
**coerce** [1] - 11:7
**college** [1] - 3:14
**College** [2] - 3:18, 3:19
**combined** [1] - 7:11
**commerce** [5] - 5:14, 6:2, 6:5, 14:25, 15:3
**commit** [1] - 15:9
**committed** [1] - 15:24
**compel** [1] - 8:15
**competent** [2] - 5:1, 15:22
**completed** [1] - 10:10
**compulsory** [1] - 8:14
**computer** [4] - 1:22, 5:14, 6:5, 14:22
**computer's** [2] - 14:13, 14:17
**concerns** [1] - 4:7
**conduct** [1] - 13:25
**confinement** [1] - 16:17
**confirmed** [1] - 14:4
**connected** [1] - 14:15
**consented** [1] - 14:3
**consequences** [1] - 16:3
**consequently** [1] - 14:22
**consider** [1] - 10:3
**consisting** [1] - 13:21
**constituted** [1] - 6:7
**consult** [1] - 4:10
**contact** [1] - 16:16
**contained** [6] - 5:11, 5:12, 5:16, 5:25, 6:8
**containing** [2] - 5:24, 13:10
**continued** [1] - 8:6
**cooperate** [1] - 4:22
**copy** [1] - 5:4
**correct** [2] - 2:17, 18:7
**Counsel** [1] - 11:23
**counsel** [6] - 4:15, 8:9, 12:14, 16:14, 17:2, 17:11
**count** [2] - 7:18, 12:2
**Count** [8] - 5:8, 5:9, 5:17, 5:20, 6:9, 6:15, 6:25
**counts** [9] - 6:9, 7:10, 7:17, 7:19, 12:4, 12:5, 15:14, 15:17, 16:5
**couple** [1] - 3:13
**COURT** [53] - 1:1, 2:7, 2:13, 2:16, 2:19, 2:22, 3:3, 3:5, 3:7, 3:9, 3:11, 3:15, 3:17, 3:20, 3:24, 4:3, 4:6, 4:9, 4:12, 4:15, 4:19, 4:22, 4:25, 5:3, 5:7, 7:20, 8:2, 8:6, 9:10, 9:13, 9:24, 10:2, 10:8, 11:1, 11:6, 11:10, 11:20, 11:23, 12:1, 12:5, 12:14, 12:20, 13:19, 15:6, 15:9, 15:13, 15:17, 15:20, 16:24, 17:7, 17:13, 17:16, 17:18
**court** [2] - 2:3, 17:4

**Court** [10] - 1:19, 1:19, 2:7, 4:17, 8:8, 9:20, 10:19, 11:16, 16:11, 17:21
**Court's** [1] - 15:20
**covered** [1] - 7:9
**CRC** [2] - 1:18, 18:13
**Criminal** [1] - 2:8
**criminal** [1] - 10:4
**cross** [1] - 8:11
**cross-examined** [1] - 8:11
**CRR** [2] - 1:18, 18:13

### D

**date** [1] - 11:12
**DAVID** [1] - 1:3
**decline** [1] - 8:12
**defects** [1] - 9:1
**defendant** [17] - 2:12, 5:10, 5:15, 5:23, 6:6, 6:7, 13:9, 13:17, 14:3, 14:4, 14:5, 14:8, 15:1, 15:14, 15:21, 15:23, 16:18
**DEFENDANT** [34] - 2:18, 3:2, 3:4, 3:6, 3:8, 3:10, 3:13, 3:16, 3:18, 3:22, 4:1, 4:5, 4:8, 4:11, 4:14, 4:18, 4:21, 4:24, 5:2, 5:6, 8:1, 8:5, 9:9, 9:12, 9:23, 10:7, 10:24, 11:5, 11:9, 11:19, 11:22, 15:8, 15:12, 15:19
**Defendant** [1] - 2:21
**defendant's** [4] - 12:24, 13:13, 14:20, 15:25
**Defendants** [2] - 1:8, 1:17
**defense** [7] - 2:13, 8:10, 8:11, 8:13, 8:16, 12:2, 17:16
**defenses** [1] - 9:6
**defined** [1] - 13:25
**depression** [1] - 4:2
**deprive** [1] - 9:17
**described** [4] - 8:23, 11:17, 14:12, 15:10
**determine** [2] - 10:9, 12:7
**determined** [2] - 10:13, 13:8
**determining** [1] - 10:3
**devices** [4] - 14:11, 14:20, 15:5, 16:23
**digital** [1] - 14:19
**directory** [1] - 14:17
**discovered** [1] - 13:23
**discussed** [1] - 10:5
**distribution** [1] - 13:4
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 1:19, 1:20, 13:15
**doubt** [2] - 8:18, 12:18
**down** [4] - 7:9, 7:11, 12:20, 13:19
**downloaded** [1] - 14:9
**downloading** [1] - 14:6

**drive** [1] - 14:18
**drug** [1] - 4:3
**drugs** [2] - 3:21, 3:23
**during** [3] - 8:8, 13:20, 14:8

### E

**early** [1] - 4:8
**easier** [1] - 17:8
**education** [1] - 3:12
**elected** [1] - 8:13
**element** [2] - 8:17, 12:17
**elements** [2] - 5:10, 5:23
**encountered** [1] - 13:16
**enforcement** [2] - 13:1, 13:7
**engaged** [1] - 13:24
**enter** [1] - 11:20
**entered** [1] - 9:25
**entering** [1] - 8:19
**Esq** [2] - 1:16, 1:17
**establish** [1] - 12:24
**evangelical** [1] - 3:18
**evidence** [1] - 12:10
**examined** [1] - 8:11
**example** [1] - 9:2
**except** [1] - 17:13
**executed** [1] - 13:12
**executing** [1] - 14:2
**explicit** [1] - 13:25

### F

**facility** [2] - 6:2, 15:2
**facts** [5] - 4:16, 10:12, 12:19, 12:23, 15:6
**factual** [2] - 12:7, 15:22
**false** [1] - 3:1
**falsely** [1] - 2:24
**far** [1] - 3:12
**FBI** [2] - 13:12, 14:4
**federal** [4] - 7:21, 10:21, 13:13, 13:25
**felony** [1] - 9:15
**file** [1] - 14:7
**filed** [1] - 17:4
**finally** [1] - 10:20
**findings** [1] - 15:21
**fine** [2] - 6:18, 7:1
**firearm** [1] - 9:20
**five** [3] - 6:16, 6:18, 7:2
**following** [3] - 2:3, 12:19, 12:23
**force** [1] - 11:7
**foregoing** [1] - 18:6
**foreign** [4] - 5:13, 6:2, 6:5, 14:24
**Forrest** [3] - 1:18, 18:12, 18:13
**four** [3] - 13:21, 14:6, 14:18
**free** [2] - 11:16, 17:19

**Freenet** [4] - 13:6, 13:11, 14:7, 14:9
**full** [1] - 3:3
**furthermore** [1] - 15:1

## G

**Garcia** [2] - 1:17, 2:15
**GARCIA** [6] - 2:14, 11:25, 12:4, 15:16, 17:12, 17:17
**Gilcrease** [2] - 1:17, 2:15
**GILCREASE** [6] - 2:14, 11:25, 12:4, 15:16, 17:12, 17:17
**Gilcrease-Garcia** [2] - 1:17, 2:15
**GILCREASE-GARCIA** [6] - 2:14, 11:25, 12:4, 15:16, 17:12, 17:17
**given** [2] - 8:21, 16:14
**God** [1] - 3:19
**government** [6] - 2:10, 8:16, 10:11, 10:18, 16:20, 17:14
**government's** [1] - 11:14
**guideline** [2] - 10:9, 10:14
**guidelines** [3] - 10:2, 10:6, 10:16
**guilt** [1] - 12:25
**guilty** [19] - 2:17, 8:3, 8:7, 8:20, 8:25, 9:6, 9:14, 9:16, 11:3, 11:8, 11:11, 11:24, 15:18, 15:19, 15:23, 15:25, 16:3, 16:4

## H

**hand** [1] - 2:19
**hang** [1] - 12:12
**hear** [1] - 8:10
**HEARING** [1] - 1:10
**hearing** [2] - 16:13
**held** [1] - 2:3
**hereby** [1] - 18:5
**HITTNER** [1] - 1:3
**hold** [1] - 9:18
**honor** [1] - 11:25
**Honor** [2] - 10:1, 17:12
**HONORABLE** [1] - 1:3
**Houston** [2] - 1:12, 13:6

## I

**identify** [1] - 13:2
**illegal** [1] - 9:2
**illness** [3] - 3:21, 3:23, 3:24
**images** [2] - 13:22, 13:23
**imposes** [1] - 10:19
**imprisonment** [1] - 6:11
**inadmissible** [1] - 9:4
**including** [3] - 5:14, 6:5, 12:21

**Indictment** [2] - 5:4, 5:8
**individuals** [1] - 6:21
**information** [1] - 16:8
**instructed** [1] - 14:16
**intend** [1] - 15:9
**intended** [1] - 15:24
**Internet** [1] - 13:5
**internet** [1] - 15:2
**Internet-based** [1] - 13:5
**interstate** [5] - 5:13, 6:2, 6:4, 14:24, 15:2
**interview** [1] - 14:8
**interviewed** [1] - 14:3
**investigate** [1] - 4:16
**investigation** [2] - 13:2, 13:7
**involved** [1] - 13:3
**IP** [1] - 13:8
**issuance** [1] - 8:14
**issue** [1] - 14:22

## J

**January** [2] - 1:13, 13:12
**Judge** [1] - 10:14
**JUDGE** [1] - 1:3
**judges** [2] - 10:3, 17:9
**July** [1] - 13:11
**jumped** [1] - 6:12
**jumping** [1] - 7:12
**jurisdictional** [1] - 9:1
**jury** [2] - 8:8, 9:19
**Justice** [2] - 6:20, 7:4

## K

**Karen** [2] - 1:16, 2:11
**kind** [2] - 9:19, 11:2
**knowingly** [3] - 5:10, 5:23, 16:1

## L

**Lansden** [2] - 1:16, 2:11
**LANSDEN** [9] - 2:11, 7:19, 10:1, 12:15, 12:23, 13:20, 16:22, 17:6, 17:15
**last** [2] - 4:6, 17:4
**law** [5] - 4:16, 11:17, 13:1, 13:7, 13:25
**least** [2] - 6:23, 7:6
**leave** [1] - 17:19
**leniency** [1] - 11:2
**less** [3] - 6:16, 7:2, 10:15
**level** [2] - 6:10
**life** [2] - 6:18, 7:2
**limits** [1] - 11:17
**listen** [1] - 12:8
**local** [1] - 7:21

**locate** [2] - 14:17, 14:18
**located** [2] - 13:14, 14:14
**location** [1] - 14:13
**looking** [2] - 7:9, 7:15

## M

**mandatory** [2] - 6:23, 7:6
**manufactured** [1] - 14:21
**material** [8] - 5:11, 5:12, 5:15, 5:24, 6:6, 6:7, 13:5, 13:10
**materials** [2] - 5:25, 6:3
**Matter** [1] - 2:8
**matter** [2] - 2:17, 18:8
**means** [4] - 5:14, 6:2, 6:5, 15:2
**mechanical** [1] - 1:22
**media** [1] - 14:22
**medication** [2] - 4:4, 4:7
**mental** [4] - 3:21, 3:23, 3:24, 4:7
**mentally** [2] - 5:1, 15:21
**mention** [1] - 17:2
**meritorious** [1] - 12:1
**might** [1] - 10:6
**mine** [1] - 17:13
**MS** [15] - 2:11, 2:14, 7:19, 10:1, 11:25, 12:4, 12:15, 12:23, 13:20, 15:16, 16:22, 17:6, 17:12, 17:15, 17:17
**multiple** [1] - 14:11

## N

**name** [1] - 3:3
**narcotic** [2] - 3:21, 3:23
**nature** [3] - 4:19, 7:24, 16:2
**need** [4] - 7:8, 11:10, 12:6, 12:20
**needs** [1] - 17:5
**network** [1] - 14:7
**next** [1] - 17:8
**Nichole** [3] - 1:18, 18:12, 18:13
**non** [1] - 9:1
**non-jurisdictional** [1] - 9:1

## O

**oath** [1] - 2:23
**objection** [1] - 17:11
**occupant** [1] - 13:18
**OF** [3] - 1:2, 1:4, 1:11
**offender** [2] - 7:15, 7:22
**offense** [5] - 8:3, 8:17, 9:14, 9:15, 9:16
**offenses** [1] - 12:17
**offer** [1] - 11:3
**offered** [1] - 12:24

**office** [3] - 9:18, 16:7, 16:16
**officer** [1] - 10:12
**OFFICIAL** [1] - 1:11
**Official** [1] - 1:19
**one** [7] - 6:12, 7:17, 7:18, 9:5, 12:2, 12:12, 14:10
**open** [1] - 2:3
**opened** [1] - 13:1
**operating** [1] - 13:11
**opinion** [1] - 4:25
**opportunity** [2] - 10:11, 16:14
**order** [5] - 9:21, 11:3, 16:21, 16:22, 17:3
**ordered** [1] - 16:18
**outside** [1] - 14:21
**own** [3] - 8:12, 8:13, 14:14
**owner** [1] - 14:5

**P**

**p.m** [2] - 16:19, 16:25
**page** [1] - 6:13
**pardon** [1] - 3:9
**parole** [2] - 10:21, 10:23
**part** [2] - 7:17, 8:12
**particular** [1] - 11:15
**parties** [1] - 9:25
**Pause** [1] - 12:13
**peer** [2] - 13:5
**peer-to-peer** [1] - 13:5
**penalties** [1] - 7:24
**pending** [3] - 4:20, 5:4, 7:25
**people** [1] - 12:20
**per** [2] - 6:23, 7:7
**perjury** [1] - 2:25
**permit** [1] - 16:11
**persist** [1] - 8:4
**place** [1] - 16:17
**Plaintiffs** [2] - 1:5, 1:16
**plea** [15] - 8:4, 8:20, 8:25, 9:5, 9:15, 9:24, 11:11, 11:12, 11:21, 12:6, 15:14, 15:23, 15:25, 16:3
**plead** [7] - 2:17, 8:3, 8:6, 11:3, 11:24, 15:18
**pleading** [6] - 5:8, 5:17, 5:20, 9:14, 11:7, 12:3
**pled** [1] - 6:9
**Pornography** [3] - 5:9, 5:21, 6:2
**pornography** [18] - 5:11, 5:12, 5:16, 5:18, 5:24, 6:1, 6:8, 6:16, 12:18, 13:21, 13:22, 14:6, 14:11, 14:13, 14:19, 14:20, 14:24, 15:4
**possess** [3] - 9:19, 14:23, 15:3
**possessed** [2] - 5:23, 6:6
**Possession** [1] - 5:21
**possession** [3] - 6:25, 12:17, 13:3

**possible** [1] - 7:24, 11:2
**preliminary** [1] - 16:22
**prepared** [1] - 16:7
**prescribed** [1] - 11:17
**present** [2] - 15:22, 16:9
**presentence** [3] - 10:10, 16:6, 16:12
**PRESIDING** [1] - 1:3
**prison** [3] - 6:17, 7:1, 10:22
**probation** [4] - 10:12, 11:3, 16:7, 16:16
**problem** [1] - 6:14
**proceed** [1] - 12:15
**PROCEEDINGS** [2] - 1:11, 2:1
**Proceedings** [1] - 1:22
**proceedings** [4] - 2:3, 12:13, 16:2, 18:8
**process** [1] - 8:15
**produced** [2] - 1:22, 6:3
**program** [1] - 13:6
**promises** [1] - 11:1
**prosecution** [2] - 2:25, 9:2
**prove** [2] - 8:17, 12:16
**Provost** [7] - 2:9, 2:15, 2:16, 3:4, 13:9, 14:3, 14:4
**PROVOST** [1] - 1:7
**public** [1] - 9:18
**punishment** [1] - 11:16
**pursuant** [1] - 18:5

**Q**

**questions** [1] - 2:23

**R**

**raise** [2] - 2:19, 9:6
**RDR** [2] - 1:18, 18:13
**RE** [1] - 1:10
**RE-ARRAIGNMENT** [1] - 1:10
**read** [2] - 12:22, 16:12
**reading** [2] - 15:15, 15:16
**ready** [1] - 11:20
**reason** [2] - 6:11, 11:24
**reasonable** [2] - 8:18, 12:18
**Receipt** [1] - 5:9
**receipt** [3] - 5:18, 6:15, 12:17
**receive** [2] - 14:23, 15:3
**received** [3] - 5:4, 5:11, 5:15
**recited** [1] - 15:7
**recommendation** [1] - 11:14
**recorded** [1] - 1:22
**referenced** [1] - 15:4
**register** [1] - 7:21
**registered** [1] - 13:8
**registration** [1] - 7:15
**release** [2] - 6:18, 7:2
**released** [1] - 10:22

**report** [4] - 10:10, 16:6, 16:9, 16:12
**Reported** [1] - 1:18
**reported** [2] - 10:12, 18:8
**Reporter** [2] - 1:19, 1:22
**REPORTER'S** [1] - 1:11
**represents** [1] - 2:10
**request** [1] - 11:14
**requested** [1] - 13:9
**require** [1] - 17:10
**required** [2] - 7:20, 16:8
**reside** [1] - 7:22
**residence** [2] - 13:13, 13:18
**residing** [1] - 13:17
**respect** [1] - 4:23
**restitution** [3] - 6:23, 7:6, 9:21
**rights** [2] - 8:22, 9:17

**S**

**satisfied** [1] - 4:12
**school** [2] - 3:12, 3:17
**SCOTT** [1] - 1:7
**Scott** [3] - 2:8, 3:4, 13:9
**screen** [1] - 14:15
**Seagate** [1] - 14:18
**search** [5] - 9:2, 13:13, 13:20, 14:2, 14:17
**second** [2] - 6:12, 12:12
**Section** [4] - 5:19, 5:22, 14:1, 18:6
**see** [2] - 7:14, 8:10
**seizure** [1] - 9:3
**sentence** [6] - 6:16, 10:4, 10:9, 10:16, 10:19, 11:15
**sentenced** [1] - 10:22
**sentencing** [6] - 10:2, 16:8, 16:13, 16:19, 16:25
**serve** [1] - 9:19
**set** [2] - 10:3, 16:25
**several** [1] - 13:23
**severe** [2] - 10:15
**sex** [2] - 7:14, 7:22
**sexual** [2] - 13:4, 13:10
**sexually** [1] - 13:24
**share** [1] - 14:7
**shipped** [2] - 6:1, 6:4
**side** [1] - 11:15
**slow** [2] - 12:20, 13:19
**software** [1] - 14:9
**sole** [1] - 13:17
**somatic** [1] - 4:2
**sometimes** [1] - 12:21
**somewhere** [1] - 7:16
**sorry** [1] - 16:24
**sort** [1] - 3:24
**Southeastern** [1] - 3:19
**SOUTHERN** [1] - 1:2
**Southern** [2] - 1:20, 13:14

**special** [7] - 4:1, 6:19, 6:21, 7:3, 7:5, 7:10
**specifically** [1] - 14:14
**speed** [2] - 12:21, 12:22
**speedy** [1] - 9:4
**stand** [1] - 17:18
**standing** [1] - 17:3
**state** [3] - 3:3, 7:21, 14:21
**statement** [2] - 3:1, 9:4
**STATES** [2] - 1:1, 1:4
**states** [1] - 7:17
**States** [7] - 2:8, 5:19, 5:22, 9:11, 12:16, 14:1, 18:6
**stenographically** [1] - 18:7
**stenography** [1] - 1:22
**stuff** [1] - 17:10
**subjects** [1] - 13:3
**subpoenas** [1] - 8:14
**sufficient** [2] - 4:9, 4:16
**summary** [1] - 12:9
**supervised** [2] - 6:18, 7:1
**sworn** [2] - 2:20, 2:21
**system** [1] - 10:21

## T

**target** [1] - 13:2
**ten** [1] - 6:25
**tend** [1] - 12:22
**tendency** [1] - 12:21
**terabytes** [3] - 13:21, 14:6, 14:18
**testify** [2] - 8:12, 8:16
**TEXAS** [1] - 1:2
**Texas** [6] - 1:12, 1:20, 13:9, 13:14, 13:15, 14:22
**THE** [87] - 1:3, 2:7, 2:13, 2:16, 2:18, 2:19, 2:22, 3:2, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 3:11, 3:13, 3:15, 3:16, 3:17, 3:18, 3:20, 3:22, 3:24, 4:1, 4:3, 4:5, 4:6, 4:8, 4:9, 4:11, 4:12, 4:14, 4:15, 4:18, 4:19, 4:21, 4:22, 4:24, 4:25, 5:2, 5:3, 5:6, 5:7, 7:20, 8:1, 8:2, 8:5, 8:6, 9:9, 9:10, 9:12, 9:13, 9:23, 9:24, 10:2, 10:7, 10:8, 10:24, 11:1, 11:5, 11:6, 11:9, 11:10, 11:19, 11:20, 11:22, 11:23, 12:1, 12:5, 12:14, 12:20, 13:19, 15:6, 15:8, 15:9, 15:12, 15:13, 15:17, 15:19, 15:20, 16:24, 17:7, 17:13, 17:16, 17:18
**therefore** [1] - 16:4
**Thomas** [2] - 2:9, 3:4
**THOMAS** [1] - 1:7
**thousand** [1] - 13:23
**threaten** [1] - 11:7
**tiny** [1] - 17:10

**Title** [1] - 18:5
**today** [5] - 5:7, 5:17, 8:20, 8:25, 11:11
**took** [1] - 4:7
**tower** [1] - 14:15
**towers** [1] - 14:14
**Trafficking** [2] - 6:20, 7:4
**trailer** [1] - 14:5
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 1:22, 18:7
**transported** [3] - 5:13, 6:1, 6:4
**traveled** [1] - 14:24
**treated** [2] - 3:20, 3:22
**trial** [7] - 8:7, 8:16, 8:21, 8:22, 9:4, 12:11, 12:16
**true** [2] - 15:7, 18:7
**two** [6] - 6:9, 12:4, 12:5, 14:14, 15:17, 16:4
**type** [1] - 17:5

## U

**U.S** [3] - 1:19, 12:8, 15:7
**under** [6] - 2:23, 6:19, 7:4, 7:5, 10:17, 13:25
**UNITED** [2] - 1:1, 1:4
**United** [7] - 2:8, 5:19, 5:22, 9:11, 12:16, 14:1, 18:6
**unknown** [1] - 13:2
**unless** [2] - 8:12, 15:15
**up** [12] - 6:17, 6:18, 6:20, 6:25, 7:1, 7:2, 7:5, 7:16, 8:21, 12:21, 12:22, 17:19
**usual** [1] - 6:13
**utilized** [1] - 15:1
**utilizing** [1] - 14:7

## V

**versus** [1] - 2:8
**via** [1] - 13:5
**Vicky** [1] - 6:22
**victim** [2] - 6:24, 7:7
**victims** [1] - 13:2
**Victims** [3] - 6:20, 6:22, 7:4
**Victoria** [2] - 1:17, 2:14
**videos** [2] - 13:10, 13:24
**violation** [3] - 5:18, 5:21, 9:3
**voluntarily** [2] - 8:13, 16:1
**vote** [1] - 9:18
**vs** [1] - 1:6

## W

**waive** [2] - 15:15, 15:16
**waived** [1] - 8:21
**waiving** [1] - 8:25

**warrant** [1] - 13:13
**wish** [1] - 16:10
**withdraw** [1] - 11:12
**witnesses** [2] - 8:10, 8:15
**words** [1] - 9:5
**written** [2] - 5:5, 16:6

## Y

**year** [1] - 14:10
**years** [8] - 3:13, 6:16, 6:17, 6:18, 7:1, 7:2, 17:4, 17:8
**young** [1] - 13:24