UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

— — —

THE HONORABLE DAVID HITTNER, JUDGE PRESIDING

_____

UNITED STATES OF AMERICA,          No. 22-cr-120

                    Plaintiff,

vs.

SCOTT THOMAS PROVOST,

                    Defendant.

_____

**SENTENCING HEARING**

**OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**Houston, Texas**

**July 7, 2023**

_____

APPEARANCES:

For the Plaintiff:   Karen Lansden, Esq.


For the Defendant:   R. Victoria Gilcrease-Garcia, Esq.

Reported by:         Nichole Forrest, RDR, CRR, CRC
                     Official Court Reporter
                     U.S. District Court
                     Southern District of Texas


Proceedings recorded by mechanical stenography.
Transcript produced by Reporter on computer.

```
1                        PROCEEDINGS

2   ------------------------------------------------------------

3        (The following proceedings held in open court.)

4

5                           *    *    *

6

7                    THE COURT:   All right.   The Court calls

8   the case for sentencing, Criminal Matter 22-120,

9   United States versus Scott Thomas Provost.

10                   Who represents the government?

11                   MS. LANSDEN:   Karen Lansden on behalf of

12  the government.

13                   THE COURT:   For the defendant?

14                   MR. GILCREASE-GARCIA:   Victoria

15  Gilcrease-Garcia for Mr. Provost.   Mr. Provost is

16  feeling ill.

17                   THE COURT:   Have a seat, sir, please.

18                   MR. GILCREASE-GARCIA:   Thank you, Your

19  Honor.

20                   THE COURT:   You can stand there, whatever

21  your preference is.   You want to -- you want to pull

22  the microphone in --

23                   MR. GILCREASE-GARCIA:   Yes, Your Honor.

24                   THE COURT:   All right.   I see no objection

25  by the government.   The defense had filed some.   I
```

1    know the government has filed a response to that.

2            Basically, on the -- what is it, okay.

3    I'm going to read down -- you have an objection to

4    paragraphs 1, 2 and 3.  That is granted as the

5    clarification.  These are the defense objections.

6            The next ones you object to are number 4

7    and number 6.  I guess that is paragraphs 4 and 6.

8    And that's overruled.

9            Objection to paragraph 5 -- that's what

10   the numbers are.  Is that correct?

11           THE PROBATION OFFICER:  Yes, Judge.

12   They're not paragraphs.  They're just --

13           THE COURT:  I'm going again.  These are

14   the objections by 1, 2, 3 and 4; right?

15           THE PROBATION OFFICER:  Correct.

16           THE COURT:  Objections 1, 2, 3, those are

17   granted as clarifications.

18           Objections number 4 and number 6 are

19   overruled.

20           The objection to number 5 is granted.

21   Objection to number -- let's see.

22           The next objection is based on the

23   objections the defendant argues is total offense level

24   should be 30.  That's overruled.

25           Now aside from what you have filed in

1   writing, any additions or corrections or objections to

2   the presentence report or special conditions in the

3   appendix by the government?

4          MS. LANSDEN:  No, Your Honor.

5          THE COURT:  By the defense?

6          MR. GILCREASE-GARCIA:  No, Your Honor.

7          THE COURT:  All right.  Any objections not

8   granted and anything else that may be in here as far

9   as objections go are overruled.  The presentence

10  report and all addendums are hereby adopted by this

11  Court.

12         Counsel, I want to go down and see what

13  the initial filings were.  Ms. Gilcrease-Garcia filed

14  a sentencing memorandum and a suggestion basically

15  that you're asking for 72 months.  You discuss such

16  matters as the median sentencing.  That is all on page

17  1.

18         And you say -- you say guideline 2G2.2

19  sets forth ranges that are higher than necessary to

20  satisfy the statutory goals.  I'm reading here from

21  defendant's sentencing memorandum.

22         You then go into on the next page,

23  non-production of child pornography.

24         You then discuss he has a history of

25  trauma and significant health needs.  And you're

1    saying that he reports that he's always had problems

2    with interaction with people.  Has never been in a

3    relationship.

4          Also addresses his depression.  Also the

5    health issues -- the other health issues that he does

6    have.  You go down and you discuss it.  The next,

7    continuing on to page 6, generally the guidelines are

8    higher than necessary to achieve the goals.  And, in

9    fact, I have read all of that.

10          The government does respond to the

11    defendant's memorandum.  You could say -- now this is

12    the government rather.  The defendant argues for a

13    variance in this case and requests a non-guideline

14    sentence.

15          You then especially on the next page --

16    the pages are not numbered --

17          MS. LANSDEN:  I apologize.

18          THE COURT:  I'm saying page 2 is where I

19    have it.  The second page you discuss his age and the

20    request for 72 months, and that he has -- the sexual

21    interest in children cannot be controlled.

22          And you do relate to the number of videos

23    and images that he had; 6,718 videos and 313,356

24    images of child sexual assault material.

25          You also have -- attached to it, you have

1    a transcript -- you have a recording.  A lot of it is

2    the excerpts to the transcript of the recordings.

3            Then you discuss the various circuits

4    about -- talking about the way the Fifth Circuit

5    reversed the District Court when the Court failed to

6    see any importance as a general deterrence.  You could

7    decide that.

8            You also have that *Miller* case here in the

9    Fifth Circuit.  You keep going.  The next one,

10   paragraph D, "D" like in dog, unwarranted disparities

11   and unwarranted similarities.  You address that.

12           You also have a response to the

13   defendant's objections, but those were already ruled

14   upon.

15           I've read all of the additional matters

16   that were submitted.

17           Now, counsel, do you desire to make a

18   statement on behalf of your client?

19           MR. GILCREASE-GARCIA:  Yes, Your Honor.

20           THE COURT:  Go ahead.

21           MR. GILCREASE-GARCIA:  Thank you, Your

22   Honor.

23           We request a sentence of 72 months.  We

24   have a number of reasons --

25           THE COURT:  Go ahead.

1                    MR. GILCREASE-GARCIA:  Your Honor, the

2      first --

3                    THE COURT:  I've read them.  I've gone

4      through it.  You can generally summarize them, but I

5      don't want to go over all of them.  I've read them.

6      I've referred to them.

7                    MR. GILCREASE-GARCIA:  Understood.

8                    THE COURT:  Go ahead.

9                    MR. GILCREASE-GARCIA:  I'll highlight the

10     important arguments.

11                   The first argument as, Your Honor knows,

12     relates to sentencing trends in these types of cases.

13                   Your Honor has overruled our objection to

14     the guideline -- to the total offense level.  But even

15     considering the guideline range that Your Honor has

16     decided applies in this case today, which is 210 to

17     262 months, the U.S. Sentencing Commission has

18     surveyed sentence between 2018 and 2022 for offenders

19     convicted of this type of an offense with that

20     guideline range and the median sentence in those

21     cases -- of all those cases is 138 months.  It's

22     dramatically below the guideline range that applies.

23                   And so the Court, in the interest of

24     preventing unwarranted sentencing disparity, should

25     give a sentence that is below the guideline range.  We

1  would argue substantially below.

2          We would also like to ask far a downward

3  variance based on Mr. Provost's history and

4  characteristics.  As Your Honor has read, he's 64

5  years old.  His age, based on all the statistics that

6  the U.S. Sentencing Commission has gathered, makes him

7  unlikely to reoffend in the future.  His likelihood of

8  recidivism is very low.

9          That is especially the case because he's

10  being -- he was charged and has been convicted --

11          THE COURT:  He's already had two

12  interactions with kids that are noted there with no

13  convictions.  His criminal history was noted that he

14  had some sexual interaction of some sort --

15          MR. GILCREASE-GARCIA:  That's true.  There

16  is a note about that in the PSR.  The government has

17  emphasized that even in those situations there was no

18  actual physical harm done to --

19          THE COURT:  You're talking physical harm.

20  We know there is the theory on the other side; that

21  it's the physical harm, getting out there and

22  remaining out there through the youngster's lifespan.

23          MR. GILCREASE-GARCIA:  Your Honor --  the

24  other point I would like to emphasize is that those

25  interactions --

9

1          THE COURT:  Counsel, be seated, or you can

2   stand if you want to.

3          MS. LANSDEN:  I'll stand.  Thank you, Your

4   Honor.

5          MS. GILCREASE-GARCIA:  There is a specific

6   incident involving a girl on a bicycle.  I believe

7   that happened in 1990, a very long time ago.  There

8   has been no criminal conduct in decades for

9   Mr. Provost except for this offense -- these offenses

10   of conviction, of course.

11          And so he has a low likelihood of

12   recidivism in light of his age.  He has a history, a

13   general history of being law-abiding, which is

14   reflected in his criminal history category, and he

15   also had significant mental health and physical health

16   issues; suffers from diabetes.  He's sick today right

17   now and just generally struggles with his health.

18          And being in prison for something like

19   Mr. Provost is more difficult, and I would argue, more

20   of a penalty than for somebody who is 20 years old and

21   in very good health.  We would ask that Court to take

22   that into account.

23          And, finally I just like to emphasize

24   that, as many Courts have recognized, many Circuit

25   Courts and District Courts, that 2G2.2, which is the

1  guideline that Mr. Provost is being sentenced under,

2  gives very high sentencing ranges.

3          Many Courts have recognized those

4  sentencing ranges are disproportionately high for a

5  number of reasons.  They're not based on empirical

6  research showing a connection between these offenses

7  and a propensity to commit sexually violent crimes

8  against children.  There is no empirical research

9  they're based on.  The guidelines don't distinguish

10 between offenders that have different culpability

11 levels.

12          Nearly every offender who is convicted of

13 this type of crime gets an enhancement for using a

14 computer for a certain number of images, because it's

15 just very easy to download large volumes of images and

16 videos, which perhaps didn't always used to be the

17 case.  It is now.

18          The guidelines also don't take into

19 account the low likelihood of reoffending for

20 non-production child pornography offenders, which is

21 what we're doing with here.

22          For all of those reasons, we ask for the

23 sentence of 72 months.

24          THE COURT:  Thank you.

25          Mr. Provost, you desire to make statement

1    on your own behalf?

2           THE DEFENDANT:  I never had any sexual

3    contact with anyone in my entire life.  Whatever

4    they're talking about, 1990, I did not have sexual

5    contact with anyone.

6           I think I was putting up posters for

7    Assemblies of God Church that were prolife in

8    nature --

9           THE COURT:  Hold it one second.  Pull the

10   microphone over.

11          THE DEFENDANT:  I don't want to waste your

12   time.

13          THE COURT:  No, sir.  On the contrary,

14   that is why I want to hear what you've got to say.

15   You can look at me and just make sure you're close to

16   the mic.

17          THE DEFENDANT:  I was putting up a prolife

18   poster, and a prochoice activist held up the middle

19   finger, and I said:  Not now but later.

20          It was a joke.

21          THE COURT:  Uh-huh.

22          All right.  Thank you, sir.

23          Government, please?

24          MS. LANSDEN:  The government has set forth

25   the reasoning in the pleadings that you've discussed

1    that you read diligently.

2              We do believe that whether or not the

3    guidelines are correct with the sentence of 210 months

4    between --

5              THE COURT:  260 --

6              Go on.

7              MS. LANSDEN:  We would like to emphasize

8    for the Court the sheer volume of child pornography

9    that this defendant was found with.  This is one of

10   the most -- that the Southern District of Texas has

11   ever dealt with.  The FBI spent countless man-hours

12   having to go through each individual video and each

13   individual image to determine if the subjects in the

14   video were actual children or not.

15             They had to review over 10,000 videos of

16   which over 6,000 were determined to be child

17   pornography and over 600,000 images of which 300,000

18   images were determined.  So the FBI agents had to

19   spend individual hours clicking through each single

20   image to determine that.

21             And I would just note that the defendant's

22   attitude towards these victims seemed so cavalier when

23   he was interviewed.  He had no remorse that these were

24   actual children and actual victims, actual children

25   put in these horrendous situations.

1        He knew in downloading this pornography

2    from the peer-to-peer network Freenet over 60 percent

3    of the content --

4            THE COURT:  Slow down.

5            MS. LANSDEN:  Over 60 percent of the

6    content in his own words was something that was

7    inappropriate.  He knew that any of the items on there

8    was going to be "nasty stuff."  When the agent asked

9    if there were going to be infants -- intercourse with

10   infants in the images, he said, "Yes, but my

11   preference is teenagers, you know."

12       So I would like to note that this

13   defendant, while he's never had any sexual contact

14   with anyone, he did have a proclivity towards

15   children, a sexual interest that can't be deterred to

16   the fact that he downloaded over four terabytes worth

17   of images of these children.

18       So we would ask the Court to impose a

19   sentence of between 210 months or [sic] 262 months.

20           THE COURT:  All right.  Any reason why

21   your client should not be sentenced at this time?

22           MR. GILCREASE-GARCIA:  No, Your Honor.

23           THE COURT:  I've considered 18 United

24   States Code Section 3553(a).  I feel a sentence within

25   the guidelines is appropriate in this case.

1        I do want to state that I considered that

2   the defendant's history and characteristics, including

3   the history of generally sexual deviant behavior, but

4   I understand there was no contact.

5        I'm just saying this because I need more

6   than a 24-month deviation between the high end of the

7   guidelines and the low end.  I need to get some

8   reasons in there as to why I'm going to the area that

9   I'm going to relative to the sentence.

10       It's the judgment of the Court that the

11  defendant is hereby sentenced to the federal

12  penitentiary without parole to 240 months as to Count

13  1, and 120 months as to Count 2, 108 months to run

14  concurrently to Count 1, and 12 months to run

15  consecutively to Count 1, for a total sentence of 262

16  months in the custody of the Bureau of Prisons,

17  pursuant to guideline 5G1.2(d).

18       Now both -- let's see.

19       Upon release from imprisonment, you will

20  be placed on supervised release for a term of ten

21  years as to each of the Counts 1 and 2, both times to

22  run concurrently for a total of ten years as an added

23  measure of deterrence to protect the public from

24  future crimes of the defendant.

25       Is he a citizen of the United States?

15

1          MS. LANSDEN:  Yes, Your Honor.

2          THE COURT:  Okay.  He is.  All right.  So

3   there is no need for a deportation matter even to

4   discuss.

5          Now I'm going to read one more paragraph.

6   Then I'm going to summarize the rest because the

7   attorneys for the government and the defendant both

8   said they had no objections to any of the appendix.

9          So this is all in the appendix and will be

10  in the final judgment.  I'm going to generally go over

11  some of the conditions.

12          While on supervised release, he'll not

13  commit another federal, state, or local crime; he'll

14  comply with the standard conditions that have been

15  adopted by this Court under General Order 2017-01,

16  which was attached to the presentence investigation

17  report; abide by any mandatory conditions required by

18  law and comply with the following additional

19  conditions:

20          Not possess any controlled substance --

21  I'm summing up generally.

22          Comply with the requirements of Sex

23  Offender Registration and Notification Act.

24          Now, if he's going to participate in any

25  kind of specific treatment, it will be at his own

1   cost, if he can afford it, and it will be under the

2   general direction of the probation department.

3          He'll participate in a sex offender

4   treatment program; not use computers or other

5   electronic communications; and he's to notify anyone

6   who uses the machine that he has that it will be

7   subject to search of the contents of that computer and

8   warn other people about the use of the computer; not

9   possess any visual depiction as defined in the statute

10  18 United States Code 2256, including film,

11  photographs, video and so forth; participate in a

12  mental health treatment program; take all mental

13  health medications as prescribed; not communicate or

14  otherwise interact with the victims directly or

15  indirectly; provide probation with access to requested

16  financial information; not incur new credit charges.

17          As of the date of this recommendation, the

18  victims identified are unknown, and restitution

19  claimed in the amount of no less than $192,817.91 had

20  been received but more is anticipated.  So it's

21  subject to amendment.

22          Let's see.

23          He'll make restitution to the victims, if

24  he has the money, if it's appropriate; provide the

25  probation office access to any requested financial

1    information.

2              I find he does not have the ability to pay

3    a fine and will waive the fine in this case.

4              I find he's indigent and the JVTA and AVAA

5    assessment away.

6              It's further ordered that he'll pay to the

7    United States a special assessment of $100 as to each

8    count for a total of $200.  That amount of money is

9    due immediately.  If he can't pay it immediately, it

10   will be in -- what is it?  The balance is due during

11   his incarceration.  The balance due remains in

12   payments of the greater of $25 per quarter or 50

13   percent of any wages earned while in prison in

14   accordance with the Bureau of Prison's inmate

15   financial responsibility program, and any balance

16   remaining after that shall be paid in monthly

17   installments of $300 per month to commence 60 days

18   after his release from the imprisonment to the term of

19   supervision.  The payments are to be made to the

20   United States District Clerk office Southern District

21   of Texas.

22              Is there any matter of forfeiture?

23              MS. LANSDEN:  Yes.  He signed a

24   preliminary order of forfeiture at re-arraignment.

25   I've submitted a final order.

18

1              THE COURT:  Any objection?

2              MR. GILCREASE-GARCIA:  No.

3              THE COURT:  Do you have the order here?

4              MS. LANSDEN:  I'll submit a copy.

5              THE COURT:  Is it online?

6              MS. LANSDEN:  Yes.

7              THE COURT:  As soon as we get it, I'll

8     sign it.

9              The defendant is hereby notified that he

10    has a right to appeal any sentence that a Court

11    imposes and the right to the appointment of counsel on

12    appeal if he can't afford one.

13             Anything further from the government?

14             MS. LANSDEN:  No.

15             THE COURT:  Anything from the defense?

16             MR. GILCREASE-GARCIA:  Could the Court

17    clarify the specific time that it articulated?

18             THE COURT:  Say again.

19             MR. GILCREASE-GARCIA:  Could the Court

20    articulate --

21             THE COURT:  262 months.

22             MR. GILCREASE-GARCIA:  That's 240 for

23    Count 1 --

24             THE COURT:  Well, probation --

25             THE PROBATION OFFICER:  I had a separate

1  question --

2                THE COURT:  Say that again.

3                MR. GILCREASE-GARCIA:  What I heard --

4                THE COURT:  You want me to read it?

5                You tell me.

6                MR. GILCREASE-GARCIA:  I have 240 months

7  for Count 1; 120 for Count 2, but only 12 to run

8  consecutive, which would be 252 instead of 262 --

9                THE COURT:  Probation is checking it at

10  the same time.

11                THE PROBATION OFFICER:  That's correct.

12  The math is off.  It would need to be -- 22 months

13  would need to be consecutive --

14                THE COURT:  Let's go over it again.

15                Thank you, counsel.

16                Let's see.

17                Again, the first one is 240 months as to

18  Count 1.  Is that correct, probation?

19                THE PROBATION OFFICER:  Yes, Your Honor.

20                THE COURT:  Okay.  120 as to Count 2.

21                THE PROBATION OFFICER:  Correct.

22                THE COURT:  108 months to run concurrently

23  to Count 1.

24                MS. LANSDEN:  I think that needs to be 98.

25                THE PROBATION OFFICER:  Yes.  98 should be

1    concurrent.

2                    THE COURT:  98 months to run concurrently

3    to Count 1 and 12 months to run consecutively --

4                    THE PROBATION OFFICER:  22.

5                    THE COURT:  And 22 months to run

6    consecutively to Count 1.

7                    THE PROBATION OFFICER:  Yes.

8                    THE COURT:  The total sentence still

9    remains 262 months.

10                    THE PROBATION OFFICER:  Correct.

11                    THE COURT:  All right.  Thank you to the

12    defense counsel to bringing it to my attention.

13                    That is now the order of the Court.

14                    THE PROBATION OFFICER:  Thank you, Your

15    Honor.  I did have one more question.

16                    THE COURT:  Sure.

17                    THE PROBATION OFFICER:  I have one more

18    question.

19                    The restitution, I just wanted to know,

20    the payment to the victim was not outlined in the

21    recommendation.  So I apologize for that.  But it is

22    on paragraph 32 of the PSR.

23                    THE COURT:  Hang on.  Let me get it.

24                    Paragraph 32.

25                    THE PROBATION OFFICER:  Yes.  Page 14,

1    starting at attachment number 2.

2                    THE COURT:  Yeah.  I see it.

3                    All right.

4                    THE PROBATION OFFICER:  I wanted to make

5    sure that we were ordering it for the series in the

6    minimum amount listed for each.

7                    THE COURT:  Say that again.

8                    THE PROBATION OFFICER:  Are we ordering it

9    for each series?  For example, April Blonde series

10   listed in attachment 2 in the amount $3,000?

11   Attachment 3 is the Pink Heart series --

12                   THE COURT:  Again, what is the wording

13   that you suggest that I make to clear up, you know,

14   that matter?

15                   THE PROBATION OFFICER:  I don't know if

16   the parties agreed to this amount.  We were just

17   listing that that is the restitution that has been

18   requested.  I don't know if that's what has been

19   agreed to and what the Court is ordering be paid.

20                   THE COURT:  What the status, counsel?

21                   MS. LANSDEN:  There is no discussion as to

22   agreement.  If Your Honor would like, we have up to 90

23   days after judgment to make restitution final.

24                   THE COURT:  Let's do that then.

25                   THE PROBATION OFFICER:  We'll order no

22

1   restitution at this point, but we'll set 90 --

2             THE COURT:  No restitution is ordered at

3   this point.  And the parties are to work together.  If

4   they can't work together, then, if you would, submit

5   that as an addendum to the final judgment when it's

6   decided.  If it's not decided, let me know what input

7   you need from the Court.

8             THE PROBATION OFFICER:  We'll set

9   deferment from 90 days from --

10             THE COURT:  Correct.

11             THE PROBATION OFFICER:  Once they request

12   it, if you sign the order, we'll amend it with new

13   figures.

14             THE COURT:  Right.

15             Anything further from the government?

16             MS. LANSDEN:  No.

17             THE COURT:  Anything further from the

18   defense?

19             MR. GILCREASE-GARCIA:  No.

20             THE COURT:  Thank you.  All right.  We

21   stand adjourned.

22

23

24                  (Court adjourned.)

25

1                    C E R T I F I C A T E

2  _____

3

4

5            I hereby certify that pursuant to Title

6  28, Section 753 United States Code, the foregoing is a

7  true and correct transcript of the stenographically

8  reported proceedings in the above matter.

9

10            Certified on August 21, 2023.

11

12
           /s/ Nichole Forrest_____
13         Nichole Forrest, RDR, CRR, CRC

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 17:7
**$192,817.91** [1] - 16:19
**$200** [1] - 17:8
**$25** [1] - 17:12
**$3,000** [1] - 21:10
**$300** [1] - 17:17

## /

**/s** [1] - 23:12

## 1

**1** [14] - 3:4, 3:14, 3:16, 4:17, 14:13, 14:14, 14:15, 14:21, 18:23, 19:7, 19:18, 19:23, 20:3, 20:6
**10,000** [1] - 12:15
**108** [2] - 14:13, 19:22
**12** [3] - 14:14, 19:7, 20:3
**120** [3] - 14:13, 19:7, 19:20
**138** [1] - 7:21
**14** [1] - 20:25
**18** [2] - 13:23, 16:10
**1990** [2] - 9:7, 11:4

## 2

**2** [10] - 3:4, 3:14, 3:16, 5:18, 14:13, 14:21, 19:7, 19:20, 21:1, 21:10
**20** [1] - 9:20
**2017-01** [1] - 15:15
**2018** [1] - 7:18
**2022** [1] - 7:18
**2023** [2] - 1:13, 23:10
**21** [1] - 23:10
**210** [3] - 7:16, 12:3, 13:19
**22** [3] - 19:12, 20:4, 20:5
**22-120** [1] - 2:8
**22-cr-120** [1] - 1:4
**2256** [1] - 16:10
**24-month** [1] - 14:6
**240** [4] - 14:12, 18:22, 19:6, 19:17
**252** [1] - 19:8
**260** [1] - 12:5
**262** [6] - 7:17, 13:19, 14:15, 18:21, 19:8, 20:9
**28** [1] - 23:6
**2G2.2** [2] - 4:18, 9:25

## 3

**3** [4] - 3:4, 3:14, 3:16, 21:11
**30** [1] - 3:24
**300,000** [1] - 12:17
**313,356** [1] - 5:23
**32** [2] - 20:22, 20:24
**3553(a)** [1] - 13:24

## 4

**4** [4] - 3:6, 3:7, 3:14, 3:18

## 5

**5** [2] - 3:9, 3:20
**50** [1] - 17:12
**5G1.2(d)** [1] - 14:17

## 6

**6** [4] - 3:7, 3:18, 5:7
**6,000** [1] - 12:16
**6,718** [1] - 5:23
**60** [3] - 13:2, 13:5, 17:17
**600,000** [1] - 12:17
**64** [1] - 8:4

## 7

**7** [1] - 1:13
**72** [4] - 4:15, 5:20, 6:23, 10:23
**753** [1] - 23:6

## 9

**90** [3] - 21:22, 22:1, 22:9
**98** [3] - 19:24, 19:25, 20:2

## A

**abide** [1] - 15:17
**abiding** [1] - 9:13
**ability** [1] - 17:2
**access** [2] - 16:15, 16:25
**accordance** [1] - 17:14
**account** [2] - 9:22, 10:19
**achieve** [1] - 5:8
**Act** [1] - 15:23
**activist** [1] - 11:18
**actual** [5] - 8:18, 12:14, 12:24
**added** [1] - 14:22
**addendum** [1] - 22:5
**addendums** [1] - 4:10
**additional** [2] - 6:15, 15:18

**additions** [1] - 4:1
**address** [1] - 6:11
**addresses** [1] - 5:4
**adjourned** [2] - 22:21, 22:24
**adopted** [2] - 4:10, 15:15
**afford** [2] - 16:1, 18:12
**age** [3] - 5:19, 8:5, 9:12
**agent** [1] - 13:8
**agents** [1] - 12:18
**ago** [1] - 9:7
**agreed** [2] - 21:16, 21:19
**agreement** [1] - 21:22
**ahead** [3] - 6:20, 6:25, 7:8
**amend** [1] - 22:12
**amendment** [1] - 16:21
**AMERICA** [1] - 1:4
**amount** [5] - 16:19, 17:8, 21:6, 21:10, 21:16
**anticipated** [1] - 16:20
**apologize** [2] - 5:17, 20:21
**appeal** [2] - 18:10, 18:12
**APPEARANCES** [1] - 1:15
**appendix** [3] - 4:3, 15:8, 15:9
**applies** [2] - 7:16, 7:22
**appointment** [1] - 18:11
**appropriate** [2] - 13:25, 16:24
**April** [1] - 21:9
**area** [1] - 14:8
**argue** [2] - 8:1, 9:19
**argues** [2] - 3:23, 5:12
**argument** [1] - 7:11
**arguments** [1] - 7:10
**arraignment** [1] - 17:24
**articulate** [1] - 18:20
**articulated** [1] - 18:17
**aside** [1] - 3:25
**assault** [1] - 5:24
**Assemblies** [1] - 11:7
**assessment** [2] - 17:5, 17:7
**attached** [2] - 5:25, 15:16
**attachment** [3] - 21:1, 21:10, 21:11
**attention** [1] - 20:12
**attitude** [1] - 12:22
**attorneys** [1] - 15:7
**August** [1] - 23:10
**AVAA** [1] - 17:4

## B

**balance** [3] - 17:10, 17:11, 17:15
**based** [5] - 3:22, 8:3, 8:5, 10:5, 10:9
**behalf** [3] - 2:11, 6:18, 11:1
**behavior** [1] - 14:3
**below** [3] - 7:22, 7:25, 8:1
**between** [6] - 7:18, 10:6, 10:10, 12:4, 13:19, 14:6

**bicycle** [1] - 9:6
**Blonde** [1] - 21:9
**bringing** [1] - 20:12
**Bureau** [2] - 14:16, 17:14

## C

**cannot** [1] - 5:21
**case** [8] - 2:8, 5:13, 6:8, 7:16, 8:9, 10:17, 13:25, 17:3
**cases** [3] - 7:12, 7:21
**category** [1] - 9:14
**cavalier** [1] - 12:22
**certain** [1] - 10:14
**Certified** [1] - 23:10
**certify** [1] - 23:5
**characteristics** [2] - 8:4, 14:2
**charged** [1] - 8:10
**charges** [1] - 16:16
**checking** [1] - 19:9
**child** [5] - 4:23, 5:24, 10:20, 12:8, 12:16
**children** [7] - 5:21, 10:8, 12:14, 12:24, 13:15, 13:17
**Church** [1] - 11:7
**Circuit** [3] - 6:4, 6:9, 9:24
**circuits** [1] - 6:3
**citizen** [1] - 14:25
**claimed** [1] - 16:19
**clarification** [1] - 3:5
**clarifications** [1] - 3:17
**clarify** [1] - 18:17
**clear** [1] - 21:13
**Clerk** [1] - 17:20
**clicking** [1] - 12:19
**client** [2] - 6:18, 13:21
**close** [1] - 11:15
**Code** [3] - 13:24, 16:10, 23:6
**commence** [1] - 17:17
**Commission** [2] - 7:17, 8:6
**commit** [2] - 10:7, 15:13
**communicate** [1] - 16:13
**communications** [1] - 16:5
**comply** [3] - 15:14, 15:18, 15:22
**computer** [4] - 1:22, 10:14, 16:7, 16:8
**computers** [1] - 16:4
**concurrent** [1] - 20:1
**concurrently** [4] - 14:14, 14:22, 19:22, 20:2
**conditions** [5] - 4:2, 15:11, 15:14, 15:17, 15:19
**conduct** [1] - 9:8
**connection** [1] - 10:6
**consecutive** [2] - 19:8, 19:13
**consecutively** [3] - 14:15, 20:3, 20:6
**considered** [2] - 13:23, 14:1
**considering** [1] - 7:15

**contact** [4] - 11:3, 11:5, 13:13, 14:4
**content** [2] - 13:3, 13:6
**contents** [1] - 16:7
**continuing** [1] - 5:7
**contrary** [1] - 11:13
**controlled** [2] - 5:21, 15:20
**convicted** [3] - 7:19, 8:10, 10:12
**conviction** [1] - 9:10
**convictions** [1] - 8:13
**copy** [1] - 18:4
**correct** [9] - 3:10, 3:15, 12:3, 19:11, 19:18, 19:21, 20:10, 22:10, 23:7
**corrections** [1] - 4:1
**cost** [1] - 16:1
**counsel** [7] - 4:12, 6:17, 9:1, 18:11, 19:15, 20:12, 21:20
**count** [1] - 17:8
**Count** [12] - 14:12, 14:13, 14:14, 14:15, 18:23, 19:7, 19:18, 19:20, 19:23, 20:3, 20:6
**countless** [1] - 12:11
**Counts** [1] - 14:21
**course** [1] - 9:10
**COURT** [57] - 1:1, 2:7, 2:13, 2:17, 2:20, 2:24, 3:13, 3:16, 4:5, 4:7, 5:18, 6:20, 6:25, 7:3, 7:8, 8:11, 8:19, 9:1, 10:24, 11:9, 11:13, 11:21, 12:5, 13:4, 13:20, 13:23, 15:2, 18:1, 18:3, 18:5, 18:7, 18:15, 18:18, 18:21, 18:24, 19:2, 19:4, 19:9, 19:14, 19:20, 19:22, 20:2, 20:5, 20:8, 20:11, 20:16, 20:23, 21:2, 21:7, 21:12, 21:20, 21:24, 22:2, 22:10, 22:14, 22:17, 22:20
**Court** [19] - 1:19, 1:19, 2:7, 4:11, 6:5, 7:23, 9:21, 12:8, 13:18, 14:10, 15:15, 18:10, 18:16, 18:19, 20:13, 21:19, 22:7, 22:24
**court** [1] - 2:3
**Courts** [4] - 9:24, 9:25, 10:3
**CRC** [2] - 1:18, 23:13
**credit** [1] - 16:16
**crime** [2] - 10:13, 15:13
**crimes** [2] - 10:7, 14:24
**criminal** [3] - 8:13, 9:8, 9:14
**Criminal** [1] - 2:8
**CRR** [2] - 1:18, 23:13
**culpability** [1] - 10:10
**custody** [1] - 14:16

## D

**date** [1] - 16:17
**DAVID** [1] - 1:3

**days** [3] - 17:17, 21:23, 22:9
**dealt** [1] - 12:11
**decades** [1] - 9:8
**decide** [1] - 6:7
**decided** [3] - 7:16, 22:6
**defendant** [9] - 2:13, 3:23, 5:12, 12:9, 13:13, 14:11, 14:24, 15:7, 18:9
**Defendant** [2] - 1:8, 1:17
**DEFENDANT** [3] - 11:2, 11:11, 11:17
**defendant's** [5] - 4:21, 5:11, 6:13, 12:21, 14:2
**defense** [6] - 2:25, 3:5, 4:5, 18:15, 20:12, 22:18
**deferment** [1] - 22:9
**defined** [1] - 16:9
**department** [1] - 16:9
**depiction** [1] - 16:9
**deportation** [1] - 15:3
**depression** [1] - 5:4
**desire** [2] - 6:17, 10:25
**determine** [2] - 12:13, 12:20
**determined** [2] - 12:16, 12:18
**deterred** [1] - 13:15
**deterrence** [2] - 6:6, 14:23
**deviant** [1] - 14:3
**deviation** [1] - 14:6
**diabetes** [1] - 9:16
**different** [1] - 10:10
**difficult** [1] - 9:19
**diligently** [1] - 12:1
**direction** [1] - 16:2
**directly** [1] - 16:14
**discuss** [6] - 4:15, 4:24, 5:6, 5:19, 6:3, 15:4
**discussed** [1] - 11:25
**discussion** [1] - 21:21
**disparities** [1] - 6:10
**disparity** [1] - 7:24
**disproportionately** [1] - 10:4
**distinguish** [1] - 10:9
**DISTRICT** [2] - 1:1, 1:2
**District** [7] - 1:19, 1:20, 6:5, 9:25, 12:10, 17:20
**dog** [1] - 6:10
**done** [1] - 8:18
**down** [4] - 3:3, 4:12, 5:6, 13:4
**download** [1] - 10:15
**downloaded** [1] - 13:16
**downloading** [1] - 13:1
**downward** [1] - 8:2
**dramatically** [1] - 7:22
**due** [3] - 17:9, 17:10, 17:11
**during** [1] - 17:10

## E

**earned** [1] - 17:13

**easy** [1] - 10:15
**electronic** [1] - 16:5
**emphasize** [3] - 8:24, 9:23, 12:7
**emphasized** [1] - 8:17
**empirical** [2] - 10:5, 10:8
**end** [2] - 14:6, 14:7
**enhancement** [1] - 10:13
**entire** [1] - 11:3
**especially** [2] - 5:15, 8:9
**Esq** [2] - 1:16, 1:17
**example** [1] - 21:9
**except** [1] - 9:9
**excerpts** [1] - 6:2

### F

**fact** [2] - 5:9, 13:16
**failed** [1] - 6:5
**far** [2] - 4:8, 8:2
**FBI** [2] - 12:11, 12:18
**federal** [2] - 14:11, 15:13
**Fifth** [2] - 6:4, 6:9
**figures** [1] - 22:13
**filed** [4] - 2:25, 3:1, 3:25, 4:13
**filings** [1] - 4:13
**film** [1] - 16:10
**final** [4] - 15:10, 17:25, 21:23, 22:5
**finally** [1] - 9:23
**financial** [3] - 16:16, 16:25, 17:15
**fine** [2] - 17:3
**finger** [1] - 11:19
**first** [3] - 7:2, 7:11, 19:17
**following** [2] - 2:3, 15:18
**foregoing** [1] - 23:6
**forfeiture** [2] - 17:22, 17:24
**Forrest** [3] - 1:18, 23:12, 23:13
**forth** [3] - 4:19, 11:24, 16:11
**four** [1] - 13:16
**Freenet** [1] - 13:2
**future** [2] - 8:7, 14:24

### G

**GARCIA** [20] - 2:14, 2:18, 2:23, 4:6, 6:19, 6:21, 7:1, 7:7, 7:9, 8:15, 8:23, 9:5, 13:22, 18:2, 18:16, 18:19, 18:22, 19:3, 19:6, 22:19
**Garcia** [3] - 1:17, 2:15, 4:13
**gathered** [1] - 8:6
**General** [1] - 15:15
**general** [3] - 6:6, 9:13, 16:2
**generally** [6] - 5:7, 7:4, 9:17, 14:3, 15:10, 15:21
**GILCREASE** [20] - 2:14, 2:18, 2:23, 4:6, 6:19, 6:21, 7:1, 7:7,

7:9, 8:15, 8:23, 9:5, 13:22, 18:2, 18:16, 18:19, 18:22, 19:3, 19:6, 22:19
**Gilcrease** [3] - 1:17, 2:15, 4:13
**GILCREASE-GARCIA** [20] - 2:14, 2:18, 2:23, 4:6, 6:19, 6:21, 7:1, 7:7, 7:9, 8:15, 8:23, 9:5, 13:22, 18:2, 18:16, 18:19, 18:22, 19:3, 19:6, 22:19
**Gilcrease-Garcia** [3] - 1:17, 2:15, 4:13
**girl** [1] - 9:6
**goals** [2] - 4:20, 5:8
**God** [1] - 11:7
**government** [13] - 2:10, 2:12, 2:25, 3:1, 4:3, 5:10, 5:12, 8:16, 11:23, 11:24, 15:7, 18:13, 22:15
**granted** [4] - 3:4, 3:17, 3:20, 4:8
**greater** [1] - 17:12
**guess** [1] - 3:7
**guideline** [9] - 4:18, 5:13, 7:14, 7:15, 7:20, 7:22, 7:25, 10:1, 14:17
**guidelines** [6] - 5:7, 10:9, 10:18, 12:3, 13:25, 14:7

### H

**hang** [1] - 20:23
**harm** [3] - 8:18, 8:19, 8:21
**health** [9] - 4:25, 5:5, 9:15, 9:17, 9:21, 16:12, 16:13
**hear** [1] - 11:14
**heard** [1] - 19:3
**HEARING** [1] - 1:10
**Heart** [1] - 21:11
**held** [2] - 2:3, 11:18
**hereby** [4] - 4:10, 14:11, 18:9, 23:5
**high** [3] - 10:2, 10:4, 14:6
**higher** [2] - 4:19, 5:8
**highlight** [1] - 7:9
**history** [8] - 4:24, 8:3, 8:13, 9:12, 9:13, 9:14, 14:2, 14:3
**HITTNER** [1] - 1:3
**hold** [1] - 11:9
**Honor** [18] - 2:19, 2:23, 4:4, 4:6, 6:19, 6:22, 7:1, 7:11, 7:13, 7:15, 8:4, 8:23, 9:4, 13:22, 15:1, 19:19, 20:15, 21:22
**HONORABLE** [1] - 1:3
**horrendous** [1] - 12:25
**hours** [2] - 12:11, 12:19
**Houston** [1] - 1:12

### I

**identified** [1] - 16:18
**ill** [1] - 2:16
**image** [2] - 12:13, 12:20
**images** [8] - 5:23, 5:24, 10:14, 10:15, 12:17, 12:18, 13:10, 13:17
**immediately** [1] - 17:9
**importance** [1] - 6:6
**important** [1] - 7:10
**impose** [1] - 13:18
**imposes** [1] - 18:11
**imprisonment** [2] - 14:19, 17:18
**inappropriate** [1] - 13:7
**incarceration** [1] - 17:11
**incident** [1] - 9:6
**including** [2] - 14:2, 16:10
**incur** [1] - 16:16
**indigent** [1] - 17:4
**indirectly** [1] - 16:15
**individual** [3] - 12:12, 12:13, 12:19
**infants** [2] - 13:9, 13:10
**information** [2] - 16:16, 17:1
**initial** [1] - 4:13
**inmate** [1] - 17:14
**input** [1] - 22:6
**installments** [1] - 17:17
**instead** [1] - 19:8
**interact** [1] - 16:16
**interaction** [2] - 5:2, 8:14
**interactions** [2] - 8:12, 8:25
**intercourse** [1] - 13:9
**interest** [3] - 5:21, 7:23, 13:15
**interviewed** [1] - 12:23
**investigation** [1] - 15:16
**involving** [1] - 9:6
**issues** [3] - 5:5, 9:16
**items** [1] - 13:7

### J

**joke** [1] - 11:20
**JUDGE** [1] - 1:3
**Judge** [1] - 3:11
**judgment** [4] - 14:10, 15:10, 21:23, 22:5
**July** [1] - 1:13
**JVTA** [1] - 17:4

### K

**Karen** [2] - 1:16, 2:11
**keep** [1] - 6:9
**kids** [1] - 8:12

**kind** [1] - 15:25
**knows** [1] - 7:11

## L

**LANSDEN** [15] - 2:11, 4:4, 5:17, 9:3, 11:24, 12:7, 13:5, 15:1, 17:23, 18:4, 18:6, 18:14, 19:24, 21:21, 22:16
**Lansden** [2] - 1:16, 2:11
**large** [1] - 10:15
**law** [2] - 9:13, 15:18
**law-abiding** [1] - 9:13
**less** [1] - 16:19
**level** [2] - 3:23, 7:14
**levels** [1] - 10:11
**life** [1] - 11:3
**lifespan** [1] - 8:22
**light** [1] - 9:12
**likelihood** [3] - 8:7, 9:11, 10:19
**listed** [2] - 21:6, 21:10
**listing** [1] - 21:17
**local** [1] - 15:13
**look** [1] - 11:15
**low** [4] - 8:8, 9:11, 10:19, 14:7

## M

**machine** [1] - 16:6
**man** [1] - 12:11
**man-hours** [1] - 12:11
**mandatory** [1] - 15:17
**material** [1] - 5:24
**math** [1] - 19:12
**Matter** [1] - 2:8
**matter** [4] - 15:3, 17:22, 21:14, 23:8
**matters** [2] - 4:16, 6:15
**measure** [1] - 14:23
**mechanical** [1] - 1:22
**median** [2] - 4:16, 7:20
**medications** [1] - 16:13
**memorandum** [3] - 4:14, 4:21, 5:11
**mental** [2] - 9:15, 16:12
**mic** [1] - 11:16
**microphone** [2] - 2:22, 11:10
**middle** [1] - 11:18
**Miller** [1] - 6:8
**minimum** [1] - 21:6
**money** [2] - 16:24, 17:8
**month** [1] - 17:17
**monthly** [1] - 17:16
**months** [23] - 4:15, 5:20, 6:23, 7:17, 7:21, 10:23, 12:3, 13:19, 14:12, 14:13, 14:14, 14:16, 18:21, 19:6, 19:12, 19:17, 19:22, 20:2, 20:3, 20:5, 20:9

**most** [1] - 12:10
**MR** [19] - 2:14, 2:18, 2:23, 4:6, 6:19, 6:21, 7:1, 7:7, 7:9, 8:15, 8:23, 13:22, 18:2, 18:16, 18:19, 18:22, 19:3, 19:6, 22:19
**MS** [16] - 2:11, 4:4, 5:17, 9:3, 9:5, 11:24, 12:7, 13:5, 15:1, 17:23, 18:4, 18:6, 18:14, 19:24, 21:21, 22:16

## N

**nasty** [1] - 13:8
**nature** [1] - 11:8
**nearly** [1] - 10:12
**necessary** [2] - 4:19, 5:8
**need** [6] - 14:5, 14:7, 15:3, 19:12, 19:13, 22:7
**needs** [2] - 4:25, 19:24
**network** [1] - 13:2
**never** [3] - 5:2, 11:2, 13:13
**new** [2] - 16:16, 22:12
**next** [6] - 3:6, 3:22, 4:22, 5:6, 5:15, 6:9
**Nichole** [3] - 1:18, 23:12, 23:13
**non** [3] - 4:23, 5:13, 10:20
**non-guideline** [1] - 5:13
**non-production** [2] - 4:23, 10:20
**note** [3] - 8:16, 12:21, 13:12
**noted** [2] - 8:12, 8:13
**Notification** [1] - 15:23
**notified** [1] - 18:9
**notify** [1] - 16:5
**number** [11] - 3:6, 3:7, 3:18, 3:20, 3:21, 5:22, 6:24, 10:5, 10:14, 21:1
**numbered** [1] - 5:16
**numbers** [1] - 3:10

## O

**object** [1] - 3:6
**objection** [8] - 2:24, 3:3, 3:9, 3:20, 3:21, 3:22, 7:13, 18:1
**objections** [10] - 3:5, 3:14, 3:16, 3:18, 3:23, 4:1, 4:7, 4:9, 6:13, 15:8
**OF** [3] - 1:2, 1:4, 1:11
**offender** [2] - 10:12, 16:3
**Offender** [1] - 15:23
**offenders** [3] - 7:18, 10:10, 10:20
**offense** [4] - 3:23, 7:14, 7:19, 9:9
**offenses** [2] - 9:9, 10:6
**office** [2] - 16:25, 17:20
**OFFICER** [19] - 3:11, 3:15,

18:25, 19:11, 19:19, 19:21, 19:25, 20:4, 20:7, 20:10, 20:14, 20:17, 20:25, 21:4, 21:8, 21:15, 21:25, 22:8, 22:11
**OFFICIAL** [1] - 1:11
**Official** [1] - 1:19
**old** [2] - 8:5, 9:20
**once** [1] - 22:11
**one** [9] - 3:6, 6:9, 11:9, 12:9, 15:5, 18:12, 19:17, 20:15, 20:17
**online** [1] - 18:5
**open** [1] - 2:3
**Order** [1] - 15:15
**order** [6] - 17:24, 17:25, 18:3, 20:13, 21:25, 22:12
**ordered** [2] - 17:6, 22:2
**ordering** [3] - 21:5, 21:8, 21:19
**otherwise** [1] - 16:14
**outlined** [1] - 20:20
**overruled** [5] - 3:8, 3:19, 3:24, 4:9, 7:13
**own** [3] - 11:1, 13:6, 15:25

## P

**page** [7] - 4:16, 4:22, 5:7, 5:15, 5:18, 5:19, 20:25
**pages** [1] - 5:16
**paid** [2] - 17:16, 21:19
**paragraph** [5] - 3:9, 6:10, 15:5, 20:22, 20:24
**paragraphs** [3] - 3:4, 3:7, 3:12
**parole** [1] - 14:12
**participate** [3] - 15:24, 16:3, 16:11
**parties** [2] - 21:16, 22:3
**pay** [3] - 17:2, 17:6, 17:9
**payment** [1] - 20:20
**payments** [2] - 17:12, 17:19
**peer** [2] - 13:2
**peer-to-peer** [1] - 13:2
**penalty** [1] - 9:20
**penitentiary** [1] - 14:12
**people** [2] - 5:2, 16:8
**per** [2] - 17:12, 17:17
**percent** [3] - 13:2, 13:5, 17:13
**perhaps** [1] - 10:16
**photographs** [1] - 16:11
**physical** [4] - 8:18, 8:19, 8:21, 9:15
**Pink** [1] - 21:11
**placed** [1] - 14:20
**Plaintiff** [2] - 1:5, 1:16
**pleadings** [1] - 11:25
**point** [3] - 8:24, 22:1, 22:3
**pornography** [5] - 4:23, 10:20, 12:8, 12:17, 13:1
**possess** [2] - 15:20, 16:9

**poster** [1] - 11:18
**posters** [1] - 11:6
**preference** [2] - 2:21, 13:11
**preliminary** [1] - 17:24
**prescribed** [1] - 16:13
**presentence** [3] - 4:2, 4:9, 15:16
**PRESIDING** [1] - 1:3
**preventing** [1] - 7:24
**prison** [2] - 9:18, 17:13
**Prison's** [1] - 17:14
**Prisons** [1] - 14:16
**PROBATION** [19] - 3:11, 3:15, 18:25, 19:11, 19:19, 19:21, 19:25, 20:4, 20:7, 20:10, 20:14, 20:17, 20:25, 21:4, 21:8, 21:15, 21:25, 22:8, 22:11
**probation** [6] - 16:2, 16:15, 16:25, 18:24, 19:9, 19:18
**problems** [1] - 5:1
**PROCEEDINGS** [2] - 1:11, 2:1
**Proceedings** [1] - 1:22
**proceedings** [2] - 2:3, 23:8
**prochoice** [1] - 11:18
**proclivity** [1] - 13:14
**produced** [1] - 1:22
**production** [2] - 4:23, 10:20
**program** [3] - 16:4, 16:12, 17:15
**prolife** [2] - 11:7, 11:17
**propensity** [1] - 10:7
**protect** [1] - 14:23
**provide** [2] - 16:15, 16:24
**Provost** [7] - 2:9, 2:15, 9:9, 9:19, 10:1, 10:25
**PROVOST** [1] - 1:7
**Provost's** [1] - 8:3
**PSR** [2] - 8:16, 20:22
**public** [1] - 14:23
**pull** [2] - 2:21, 11:9
**pursuant** [2] - 14:17, 23:5
**put** [1] - 12:25
**putting** [1] - 11:6, 11:17

**Q**

**quarter** [1] - 17:12

**R**

**range** [4] - 7:15, 7:20, 7:22, 7:25
**ranges** [3] - 4:19, 10:2, 10:4
**rather** [1] - 5:12
**RDR** [2] - 1:18, 23:13
**re** [1] - 17:24
**re-arraignment** [1] - 17:24
**read** [9] - 3:3, 5:9, 6:15, 7:3, 7:5, 8:4, 12:1, 15:5, 19:4

**reading** [1] - 4:20
**reason** [1] - 13:20
**reasoning** [1] - 11:25
**reasons** [4] - 6:24, 10:5, 10:22, 14:8
**received** [1] - 16:20
**recidivism** [2] - 8:8, 9:12
**recognized** [1] - 9:24, 10:3
**recommendation** [2] - 16:17, 20:21
**recorded** [1] - 1:22
**recording** [1] - 6:1
**recordings** [1] - 6:2
**referred** [1] - 7:6
**reflected** [1] - 9:14
**Registration** [1] - 15:23
**relate** [1] - 5:22
**relates** [1] - 7:12
**relationship** [1] - 5:3
**relative** [1] - 14:9
**release** [4] - 14:19, 14:20, 15:12, 17:18
**remaining** [2] - 8:22, 17:16
**remains** [2] - 17:11, 20:9
**remorse** [1] - 12:23
**reoffend** [1] - 8:7
**reoffending** [1] - 10:19
**report** [3] - 4:2, 4:10, 15:17
**Reported** [1] - 1:18
**reported** [1] - 23:8
**Reporter** [2] - 1:19, 1:22
**REPORTER'S** [1] - 1:11
**reports** [1] - 5:1
**represents** [1] - 2:10
**request** [3] - 5:20, 6:23, 22:11
**requested** [3] - 16:15, 16:25, 21:18
**requests** [1] - 5:13
**required** [1] - 15:17
**requirements** [1] - 15:22
**research** [2] - 10:6, 10:8
**respond** [1] - 5:10
**response** [2] - 3:1, 6:12
**responsibility** [1] - 17:15
**rest** [1] - 15:6
**restitution** [7] - 16:18, 16:23, 20:19, 21:17, 21:23, 22:1, 22:2
**reversed** [1] - 6:5
**review** [1] - 12:15
**ruled** [1] - 6:13
**run** [8] - 14:13, 14:14, 14:22, 19:7, 19:22, 20:2, 20:3, 20:5

**S**

**satisfy** [1] - 4:20
**SCOTT** [1] - 1:7
**Scott** [1] - 2:9
**search** [1] - 16:7

**seat** [1] - 2:17
**seated** [1] - 9:1
**second** [2] - 5:19, 11:9
**Section** [2] - 13:24, 23:6
**see** [8] - 2:24, 3:21, 4:12, 6:6, 14:18, 16:22, 19:16, 21:2
**sentence** [13] - 5:14, 6:23, 7:18, 7:20, 7:25, 10:23, 12:3, 13:19, 13:24, 14:9, 14:15, 18:10, 20:8
**sentenced** [3] - 10:1, 13:21, 14:11
**Sentencing** [2] - 7:17, 8:6
**sentencing** [8] - 2:8, 4:14, 4:16, 4:21, 7:12, 7:24, 10:2, 10:4
**SENTENCING** [1] - 1:10
**separate** [1] - 18:25
**series** [4] - 21:5, 21:9, 21:11
**set** [3] - 11:24, 22:1, 22:8
**sets** [1] - 4:19
**Sex** [1] - 15:22
**sex** [1] - 16:3
**sexual** [8] - 5:20, 5:24, 8:14, 11:2, 11:4, 13:13, 13:15, 14:3
**sexually** [1] - 10:7
**shall** [1] - 17:16
**sheer** [1] - 12:8
**showing** [1] - 10:6
**sic** [1] - 13:19
**sick** [1] - 9:16
**side** [1] - 8:20
**sign** [2] - 18:8, 22:12
**signed** [1] - 17:23
**significant** [2] - 4:25, 9:15
**similarities** [1] - 6:11
**single** [1] - 12:19
**situations** [2] - 8:17, 12:25
**slow** [1] - 13:4
**soon** [1] - 18:7
**sort** [1] - 8:14
**SOUTHERN** [1] - 1:2
**Southern** [3] - 1:20, 12:10, 17:20
**special** [2] - 4:2, 17:7
**specific** [3] - 9:5, 15:25, 18:17
**spend** [1] - 12:19
**spent** [1] - 12:11
**stand** [4] - 2:20, 9:2, 9:3, 22:21
**standard** [1] - 15:14
**starting** [1] - 21:1
**state** [2] - 14:1, 15:13
**statement** [2] - 6:18, 10:25
**STATES** [2] - 1:1, 1:4
**States** [7] - 2:9, 13:24, 14:25, 16:10, 17:7, 17:20, 23:6
**statistics** [1] - 8:5
**status** [1] - 21:20
**statute** [1] - 16:9
**statutory** [1] - 4:20
**stenographically** [1] - 23:7

**stenography** [1] - 1:22
**still** [1] - 20:8
**struggles** [1] - 9:17
**stuff** [1] - 13:8
**subject** [2] - 16:7, 16:21
**subjects** [1] - 12:13
**submit** [2] - 18:4, 22:4
**submitted** [2] - 6:16, 17:25
**substance** [1] - 15:20
**substantially** [1] - 8:1
**suffers** [1] - 9:16
**suggest** [1] - 21:13
**suggestion** [1] - 4:14
**summarize** [2] - 7:4, 15:6
**summing** [1] - 15:21
**supervised** [2] - 14:20, 15:12
**supervision** [1] - 17:19
**surveyed** [1] - 7:18

## T

**teenagers** [1] - 13:11
**ten** [2] - 14:20, 14:22
**terabytes** [1] - 13:16
**term** [2] - 14:20, 17:18
**TEXAS** [1] - 1:2
**Texas** [4] - 1:12, 1:20, 12:10, 17:21
**THE** [79] - 1:3, 2:7, 2:13, 2:17, 2:20, 2:24, 3:11, 3:13, 3:15, 3:16, 4:5, 4:7, 5:18, 6:20, 6:25, 7:3, 7:8, 8:11, 8:19, 9:1, 10:24, 11:2, 11:9, 11:11, 11:13, 11:17, 11:21, 12:5, 13:4, 13:20, 13:23, 15:2, 18:1, 18:3, 18:5, 18:7, 18:15, 18:18, 18:21, 18:24, 18:25, 19:2, 19:4, 19:9, 19:11, 19:14, 19:19, 19:20, 19:21, 19:22, 19:25, 20:2, 20:4, 20:5, 20:7, 20:8, 20:10, 20:11, 20:14, 20:16, 20:17, 20:23, 20:25, 21:2, 21:4, 21:7, 21:8, 21:12, 21:15, 21:20, 21:24, 21:25, 22:2, 22:8, 22:10, 22:11, 22:14, 22:17, 22:20
**theory** [1] - 8:20
**THOMAS** [1] - 1:7
**Thomas** [1] - 2:9
**Title** [1] - 23:5
**today** [2] - 7:16, 9:16
**together** [2] - 22:3, 22:4
**total** [6] - 3:23, 7:14, 14:15, 14:22, 17:8, 20:8
**towards** [2] - 12:22, 13:14
**TRANSCRIPT** [1] - 1:11
**transcript** [4] - 1:22, 6:1, 6:2, 23:7
**trauma** [1] - 4:25
**treatment** [3] - 15:25, 16:4,

16:12
**trends** [1] - 7:12
**true** [2] - 8:15, 23:7
**two** [1] - 8:11
**type** [2] - 7:19, 10:13
**types** [1] - 7:12

## U

**U.S** [3] - 1:19, 7:17, 8:6
**under** [3] - 10:1, 15:15, 16:1
**understood** [1] - 7:7
**United** [7] - 2:9, 13:23, 14:25, 16:10, 17:7, 17:20, 23:6
**UNITED** [2] - 1:1, 1:4
**unknown** [1] - 16:18
**unlikely** [1] - 8:7
**unwarranted** [3] - 6:10, 6:11, 7:24
**up** [6] - 11:6, 11:17, 11:18, 15:21, 21:13, 21:22
**uses** [1] - 16:6

## V

**variance** [2] - 5:13, 8:3
**various** [1] - 6:3
**versus** [1] - 2:9
**victim** [1] - 20:20
**victims** [5] - 12:22, 12:24, 16:14, 16:18, 16:23
**Victoria** [2] - 1:17, 2:14
**video** [3] - 12:12, 12:14, 16:11
**videos** [4] - 5:22, 5:23, 10:16, 12:15
**violent** [1] - 10:7
**visual** [1] - 16:9
**volume** [1] - 12:8
**volumes** [1] - 10:15
**vs** [1] - 1:6

## W

**wages** [1] - 17:13
**waive** [1] - 17:3
**warn** [1] - 16:8
**waste** [1] - 11:11
**wording** [1] - 21:12
**words** [1] - 13:6
**worth** [1] - 13:16
**writing** [1] - 4:1

## Y

**years** [4] - 8:5, 9:20, 14:21, 14:22
**youngster's** [1] - 8:22