United States Courts
Southern District of Texas
FILED
February 08, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

No. 23-20349

United States Court of Appeals
Fifth Circuit
**FILED**
January 17, 2024
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

SCOTT THOMAS PROVOST,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-120-1

UNPUBLISHED ORDER

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellee's unopposed motion to remand the case to District Court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file the Appellee brief for 15 days is DENIED as moot.

Certified as a true copy and issued
as the mandate on Feb 08, 2024
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 08, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20349    USA v. Provost
                            USDC No. 4:22-CR-120-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Ms. Marjorie A. Meyers
    Ms. Carmen Castillo Mitchell
    Ms. Kathryn Shephard
    Ms. Eileen K. Wilson