**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells          **Court Reporter:** D Smith
**USPO:** Cynthia Reyes                 **Interpreter:**
**AM Begin:**     **End:**              **PM Begin:** 1:45   **End:** 2:18     **Date:** 02/20/2025

CR. No. 4:22-cr-120    Deft No. 1

| | | |
|---|---|---|
| **United States of America** | § | **AUSA:** Karen Lansden |
| | § | |
| **Vs.** | § | |
| | § | |
| **Scott Thomas Provost** | § | **Defense Counsel:** Rosa Garcia-Cross, Philip Gallagher |

**RESENTENCING**

☒ Resentencing held                      ☐ With contested issues
   ☒ Guilty Plea    ☐ Guilty Verdict     Date: 01/06/2023      Counts: 1,2
☒ Indictment    ☐ Information            ☐ Indictment Waived
☒ Sentence:

> Committed to the custody of the BOP for a term of 188 months as to Count 1 and 120 months as to Count 2 to run concurrent for a total term of 188 months. Supervised release for a term of 10 yrs as to each count to run concurrent for a total term of 10 yrs. Fine waived. JVTA and AVAA waived.

☒ Special assessment on counts: 1, 2
   ☐ Remitted
☐ Counts dismissed on government's motion:
☐ Bond
   ☐ Continued   ☐ Forfeited   ☐ Set:
☐ Defendant ordered to surrender
   ☐ When designated   ☐ To US Marshal on:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant
Other:

> Written objections granted or denied as stated on the record. Any other objections overruled; PSR, Addendums & Appendix adopted. Defendant notified of right to file a notice of appeal.