# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 25, 2025

United States Courts
Southern District of Texas
FILED

*April 25, 2025*

Nathan Ochsner, Clerk of Court

Mr. Philip G. Gallagher
Federal Public Defender's Office
Southern District of Texas
440 Louisiana Street
Houston, TX 77002

        No. 25-20055   USA v. Provost
                       USDC No. 4:22-CR-120-1


Dear Mr. Gallagher,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on April 10, 2025. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by May 12, 2025, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

                                Sincerely,
                                LYLE W. CAYCE, Clerk

                                By: /s/Lyle W. Cayce
                                Lyle W. Cayce

cc:
    Mr. Evan Gray Howze
    Ms. Carmen Castillo Mitchell
    Mr. Nathan Ochsner
    Mr. David Smith